UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PORTO VITA PROPERTY OWNERS
ASSOCIATION, a Florida non-profit corp.,

    Plaintiff,

vs.

Federal Case No.:
State Case No.:    15-00405-CA-01

CHUBB CUSTOM INSURANCE
COMPANY, a foreign insurance
company,

    Defendant.
_____/

## NOTICE OF REMOVAL

COMES NOW, the Defendant, CHUBB CUSTOM INSURANCE COMPANY, a foreign insurance company, (hereinafter referred to as "Chubb"), by and through its undersigned counsel and pursuant to 28 U.S.C. §1441(a), hereby petitions this Honorable Court for the removal of the cause of action now pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, State of Florida, styled PORTO VITA PROPERTY OWNERS ASSOCIATION, a Florida non-profit corp. vs. CHUBB CUSTOM INSURANCE COMPANY, a foreign insurance company, Case Number 15-00405-CA-01. Plaintiff's action is pending in a court which is within the Miami Division of the United States District Court for the Southern District of Florida. See S. D. Fla. Loc. Rule 3.1 and 3.4. Jurisdiction in this Honorable Court is proper based on the following grounds:

**Amount in Controversy Exceeds $75,000.00**

1. The Complaint in this action asserts a claim for damages in excess of $15,000.00, the jurisdictional threshold for Florida Circuit Courts. Per the attached affidavit, Plaintiff's demand to Defendant exceeds $75,000.00.

## Complete Diversity Exists

2. Jurisdiction is proper in this court pursuant to 28 U.S.C. § 1332.

3. In order to qualify for diversity jurisdiction, there must be complete diversity between the parties. 28 U.S.C. § 1332(a). In order for diversity jurisdiction to exist, no Plaintiff may be a citizen of the same state as any Defendant. See e.g., *Pease v. Medtronic, Inc.*, 6 F. Supp. 2d 1354, 1356 (S.D. Fla. 1998).

4. At the time this action was commenced, and at the present time, and all times material to the above-styled cause of action, Chubb was and is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the State of New Jersey. Chubb is not a citizen of or incorporated in the State of Florida and does not have its principal place of business in the State of Florida. At all times material to this action, Chubb has been a foreign corporation doing business in Florida.

5. According to the Complaint, at all times material hereto, Plaintiff is a Florida non-profit corporation, authorized to do and doing business as a condominium association in the State of Florida, Miami-Dade County, Florida.

6. At no time material to this action was Chubb and Plaintiff citizens of the same state. Therefore, complete diversity exists between the parties in accordance with 28 U.S.C. § 1332(a).

7. On January 30, 2015, Plaintiff's Complaint was served on the Chief Financial Officer and was forwarded by Electronic Delivery on February 3, 2015, to the designated agent for Chubb.

8. Therefore, pursuant to 28 U.S.C. § 1446(b) the Notice of Removal is timely filed.

9. The affidavit of John V. Garaffa is attached hereto as Exhibit "A" in support of this Notice of Removal.

10. Pursuant to 28 U.S.C. § 1446(a), and S.D. Loc. Rule 5.1(b) true and legible copies of all process, pleadings, orders, and other papers or exhibits of every kind filed with the state court are being filed with this Notice of Removal via 1 CD contemporaneously presented to the Clerk of Court for filing and uploading to the CM/ECF system.

11. Pursuant to 28 U.S.C. §1446(d), Chubb has provided written notice of the filing of the Notice of Removal, along with copies of this Notice of Removal and all attachments, to all adverse parties and with the Clerk of Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

12. A copy of this Notice of Removal is being filed by CHUBB CUSTOM INSURANCE COMPANY, a foreign insurance company, with the state court where this action is pending, "promptly after" the filing in this Court of this Notice of Removal. 28 U.S.C. § 1446(b).

3

WHEREFORE, Defendant, CHUBB CUSTOM INSURANCE COMPANY, a foreign insurance company, respectfully requests that this Honorable Court exercise jurisdiction over this matter.

>                              s/ John V. Garaffa_____
>                              WILLIAM R. LEWIS, ESQ
>                              Florida Bar No.: 0879827
>                              wlewis@butlerpappas.com
>                              JOHN V. GARAFFA, ESQ.
>                              Florida Bar No.: 0554308
>                              jgaraffa@butlerpappas.com
>                              BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
>                              One Harbour Place, Suite 500
>                              777 S. Harbour Island Boulevard
>                              Tampa, Florida  33602
>                              Telephone: (813) 281-1900
>                              Facsimile: (813) 281-0900
>                              Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2015, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system.  I further certify that a true and correct copy of the foregoing has been furnished this day via regular U.S. mail to:

>Keith A. Truppman, Esq.
>Mintz, Truppman, P.A.
>1700 Sans Souci Boulevard
>North Miami, FL 33181

>s/ John V. Garaffa
>WILLIAM R. LEWIS, ESQ
>Florida Bar No.: 0879827
>wlewis@butlerpappas.com
>JOHN V. GARAFFA, ESQ.
>Florida Bar No.: 0554308
>jgaraffa@butlerpappas.com
>BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
>One Harbour Place, Suite 500
>777 S. Harbour Island Boulevard
>Tampa, Florida  33602
>Telephone: (813) 281-1900
>Facsimile: (813) 281-0900
>Attorneys for Defendant