**CT Corporation**

**Service of Process Transmittal**
02/03/2015
CT Log Number 526505845

TO: Scott Stewart
Federal Insurance Company
3000 Bayport Dr Ste 700
Tampa, FL 33607-8410

RE: **Process Served in Florida**

FOR: Chubb Custom Insurance Company (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Porto Vita Property Owners Association, etc., Pltf. vs. Chubb Custom Insurance Company, etc., Dft. |
| **DOCUMENT(S) SERVED:** | Notice(s), Summons, Complaint, Exhibit(s), Attachment(s), Request(s), Definitions, Interrogatories, Letter |
| **COURT/AGENCY:** | Dade County Circuit Court, FL<br>Case # 1500405CA31 |
| **NATURE OF ACTION:** | Insurance Litigation - Policy benefits claimed |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Electronic Receipt on 02/03/2015 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after the service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Keith A. Truppman<br>Mintz, Truppman, P.A.<br>1700 Sans Souci Boulevard<br>North Miami, FL 33181<br>305-893-5506 |
| **REMARKS:** | Process received by Chief Financial Officer on January 30, 2015 and forwarded to C T Corporation System by electronic delivery on February 03, 2015 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/03/2015, Expected Purge Date: 02/08/2015<br>Image SOP<br>Email Notification, Scott Stewart sstewart@chubb.com<br>Email Notification, Michael Randall mrandall@chubb.com<br>Email Notification, CT Corp ct_corp@chubb.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>954-473-5503 |

Page 1 of  1 / CB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



EXHIBIT
A



CHIEF FINANCIAL OFFICER
**JEFF ATWATER**
STATE OF FLORIDA



15-011211

| | |
|---|---|
| PORTO VITA PROPERTY OWNERS ASSOCIATION, A FLORIDA NON-PROFIT CORP, A FLORIDA CORPORATION | **CASE #:** **15-00405-CA 31** |
| | **COURT:** **CIRCUIT COURT** |
| | **COUNTY:** **DADE** |
| PLAINTIFF(S), | **DFS-SOP#: 15-011211** |
| VS. | |
| CHUBB CUSTOM INSURANCE COMPANY | |
| DEFENDANT(S). | |

CIVIL SUMMONS, COMPLAINT FOR DECLATORY RELIEF AND FOR BREACH OF CONTRACT, EXHIBITS, DISCOVERY

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida.  Said process was received in my office by MAIL on the 30th day of January, 2015 and a copy was forwarded by Electronic Delivery on the 3rd day of February, 2015 to the designated agent for the named entity as shown below.

CHUBB CUSTOM INSURANCE COMPANY
DONNA MOCH
CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

\* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

Jeff Atwater
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

KEITH A. TRUPPMAN
1700 SANS SOUCI BOULEVARD
NORTH MIAMI FL 33181

AMD

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 15-00405-CA 31

PORTO VITA PROPERTY OWNERS
ASSOCIATION, a Florida non-profit corp,
a Florida Corporation,

      Plaintiff,

v.

CHUBB CUSTOM INSURANCE
COMPANY, a foreign insurance
company,

      Defendant(s).        /

**CIVIL SUMMONS**

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the amended complaint or petition in this action on defendant:

    CHUBB CUSTOM INSURANCE COMPANY, a foreign insurance company, by serving

        **Chief Financial Officer of the State of Florida**
           **Service of Process Section**
           **200 E. Gaines Street**
           **Tallahassee, FL 32399-0307**

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney, to-wit: **KEITH A. TRUPPMAN, ESQUIRE** whose address is: **MINTZ, TRUPPMAN, P.A., 1700 Sans Souci Boulevard, North Miami, FL 33181** within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED ON_____, 2015.

JAN 2 3 2015

                    as Clerk of said Court
                    HECTOR PUPO
                    by:_____  as Deputy Clerk
                          (Court Seal)

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: *15-00405-CA-01*

PORTO VITA PROPERTY OWNERS
ASSOCIATION, a Florida non-profit corp.,

      Plaintiff,

vs.

CHUBB CUSTOM INSURANCE
COMPANY, a foreign insurance
company

      Defendants.

_____/

## COMPLAINT FOR DECLARATORY RELIEF AND BREACH OF CONTRACT

Plaintiff, Porto Vita Property Owners Association, ("Porto Vita"), sues the D

Defendant Chubb Custom Insurance Company ("Chubb") for Declaratory Relief and

alternatively for Breach of Contract and alleges as follows:

### General Allegations

1.      This is an action for declaratory relief under Chapter 86, Florida Statutes,

seeking a declaration of rights and duties of parties to contracts pursuant to the terms of

those contracts of insurance and Florida law.

2.      The Court has jurisdiction of this matter pursuant to Fla. Stat. § 86.021, and

this action is otherwise within the jurisdiction of this Court as the value of the underlying

claim to be determined exceed Fifteen Thousand Dollars ($15,000).

3.     At all material times, Porto Vita Property Owners Association, was and is a Florida non-profit corporation, authorized to do and doing business as a condominium association in the State of Florida, and doing business in Miami-Dade County.

4.     At all material times, Chubb Custom Insurance Company was and is a foreign insurance company that had agents or other representatives in, was authorized to do and was doing insurance business in Miami-Dade County, Florida.   (A true and correct copy of the insurance policy is attached hereto and marked as Plaintiff's Exhibit "A").

5.     Plaintiff has complied with all reasonable and/or reasonably necessary post-loss obligations (which are all conditions subsequent under Florida law) under the subject policies and thus has satisfied all conditions to asserting its claims, being paid and/or filing the instant action.  (A true and correct of correspondence dated November 6, 2014 with the sworn proof of loss submitted by Plaintiff, Porto Vita to Defendant, Chubb is attached hereto and marked as Plaintiff's Composite Exhibit "B").

6.     The policies of insurance and Florida law provide for certain duties and obligations on the part of the insurers and certain coverages, and Florida law does not allow ambiguous provisions of the policies to lessen the insured's coverage.

7.     Plaintiff was required to hire undersigned counsel to represent it in this coverage claim and in this action and is obligated to pay its attorneys a reasonable fee for their services for which the defendants are responsible pursuant to Fla. Stat. § 627.428 and/or §626.9373 and any other applicable statutes.

2

## Factual Background

8.      Plaintiff purchased and Chubb agreed to provide certain insurance

coverages to Porta Vita Property Owners Association on the property located at 20105

Northeast 38th Court, Aventura, Florida 33180, bearing policy number 79557347-07and

covering the policy year June 10, 2014 to June 10, 2015.  (A certified copy of the

Insurance Policy is attached hereto as **Exhibit A)**.

9.      All insurance policies issued in Florida, including the subject policy,

incorporate therein, as a matter of law, all Florida Statutes, including, but not limited to,

Fla. Stat. § 627.428 & §626.9373 for attorney's fees; Fla. Stat. §§ 55.03 and 687.01 for

interest; and the Adjuster's Code of Ethics, Rule 69B-220.201, ethical requirements set

forth in the Florida Administrative Code and adopted pursuant to Fla. Stat. § 120.54.

10.      Plaintiff suffered a loss and damage to its property on approximately

August 3, 2014 due to rain water entering through the french doors of the dinning room

bar and café of the Plaintiff's condominium by way of a second floor patio deck.   The

water damage was due to rain water entering the Plaintiffs property and causing ensuing

damage.

11.      Plaintiff timely reported the above referenced loss to Chubb and Chubb

denied the subject claim pursuant to correspondence dated September 9, 2014.  (A true

and correct copy is attached hereto and marked as Plaintiff's Exhibit "C").

12.      The subject insurance policy is an all risk property insurance policy that

provides coverage for all fortuitous losses, unless the insurance policy contains specific

provisions expressly excluding the loss from coverage.   It is Plaintiff's position that none

3

of the exclusions raised by the Defendant in their denial letter apply to the facts of the subject claim.

13.     Chubb denied Plaintiff's claim based upon a water exclusion endorsement CP 10 32 08 08 which reads, as follows;

A.     The exclusion in Paragraph N, replaces the Water Exclusion in this Coverage Part or Policy.

B.     Water

1.     Flood, surface water, waves (including tidal wave and tsunami); tides water, overflow of any body of water, or spray from any of these all whether or not driven by wind (including storm surge);

2.     Mudslide or mudflow;

3.     Water that backs up or overflows or is other-wise discharged from a sewer, drain, sump, sump pump or related equipment;

4.     Water under the ground surface pressing on, or flowing or seeping through;

   a. Foundations, walls, floor or paved surfaces;
   b. Basements, whether paved or not; or
   c. Doors, windows or other openings; or;

5.     Waterborne material carried or otherwise, moved by any of the water referred to in Paragraph 1, 3 or 4., or material carried or otherwise moved by mudslide or mudflow.

This exclusions applies regardless of whether any of the above, in Paragraphs 1, through 5, is caused by an act of nature or is otherwise caused.  An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But, if any of the above, In Paragraphs 1 through 5, results is fire, explosion, or sprinkler leakage, we will pay for the loss or damage caused by the fire explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

14.     It is the Plaintiffs' position that is this is an "all risk" policy subject to specific exclusions none of which apply to the facts of the subject loss.

15.     As such, the Defendant's interpretation of the policy provisions have

created an ambiguity which should be construed in favor of coverage.

**Count I:**
## PETITION FOR DECLARATORY RELIEF AS TO CHUBB
**(Policy Construction)**

16.     Plaintiff re-adopts and re-alleges paragraphs 1 through 15 as if fully set

forth herein and further states:

17.     This is a count for declaratory relief pursuant to Chapter 86, Florida

Statutes, and the Court's general equity powers.

18.     Declaratory relief is proper to determine whether a loss is covered under an

insurance policy.

19.     There is a practical need for a declaration of plaintiff's rights under the

policy to determine whether the CHUBB Policy provides coverage for plaintiff's loss.

20.     The determination of coverage would depend upon ascertained or readily

ascertainable facts.

21.     Plaintiff and Chubb have a present interest in a determination of coverage

and, upon service of process, both parties will be present before the Court.

22.     The determination will not be mere legal advice as Chubb has effectively

denied the claim by pursuant to their denial letter dated September 9, 2014, (previously

attached hereto and marked as Plaintiff's Exhibit "B").

23.     Plaintiff wants Chubb to be in compliance with the Chubb Policy and

Florida law and does not want to be subjected to the whim of the insurer or its attorneys

5

in regard to policy interpretation and requirements or in regard to Chubb's obligations to abide by Florida law.

24.    Due to Chubb's actions, plaintiff is unsure of its rights and status in regard to the policy provisions, and plaintiff seeks a declaration of those rights and status.

25.    Plaintiff believes there are certain contractual provisions and/or obligations of Chubb that exist in the Chubb Policy and Florida Law and that the Defendant, Chubb is improperly interpreting the policy language relative to the facts of the subject loss to avoid its obligation to provide coverage.

26.    It is necessary in the interest of justice that the Court determine the matters herein and the interpretation of the Chubb Policy such that the plaintiff knows how to proceed and that Chubb be required to act in accordance with the correct interpretation of the Chubb Policy.

27.    Chubb's incorrect interpretation of the Chubb Policy and misapplication of Florida law creates a need for a declaration by the Court on the following issues:

a.    Whether the subject policy of insurance provide coverage for all damages sustained by the Plaintiff's relative to the subject loss.

b.    Whether the "all risk" property insurance policy issued by Chubb provides coverage for fortuitous losses unless the policy contains a specific provision expressively excluding the loss from coverage.

c.    Whether actual issues remain as to whether the subject incident falls within

the coverage provisions of the subject "all risk" policy and/or whether the exclusions raised by Chubb apply to the facts of the subject loss.

      d.      Whether Plaintiff's loss was caused by surface waters when it is undisputed that the rain water entered the second floor patio deck and not waters on the surface of the ground commonly understood to be "surface waters'.

      e.      Whether any of the exclusions raised by Chubb in their denial letter dated September 9, 2014 apply to the facts and circumstances of the subject loss and/or whether there are any factual issues to be determined by a Jury relative to issues of coverage and indemnity.

      f.      Whether the "Mend the Hold Doctrine" applies to prohibit Chubb from raising new defenses to coverage not raised prior to the institution of this suit and are not contained within their denial letter dated September 9, 2014.

      g.      Whether the exclusionary language relied upon by Chubb presents an ambiguity in the insurance policy requiring the Court to rule as a matter of law that the rules of construction of insurance policies would dictate coverage for the subject loss.

      h.      Whether the definition of water damage under the Policy conflicts with the "water exclusion endorsement" and/or creates an ambiguity in the insurance policy that requires the Court to rule as a matter of law that the rules of construction of insurance policy would provide coverage for the subject loss.

      i.      Whether the subject loss falls within the "water exclusion endorsement".

7

28.     Pursuant to the Declaratory Judgment Statute, this Court has the jurisdiction and power to construe the relations that are affected by the construction of the Chubb Policy and issue a declaratory decree/judgment in regard to same.

29.     There is a bona fide, present and actual need of plaintiff for a declaration of the aforementioned rights, and the conduct of Chubb has raised doubt and insecurity about the rights of plaintiff concerning whether it is in compliance with the terms and conditions of the Chubb Policy.

30.     Accordingly, Plaintiff has filed this request for declaratory relief seeking the Court's construction of the Chubb Policy as well as the proper application of Florida law and further requests that this Court retain jurisdiction after such determination to enforce its decree as may be required.

**WHEREFORE**, plaintiff prays:

i)     for a declaration of the parties' rights, duties and obligations under the Chubb Policy and Florida law as pled herein;

ii)     and award of attorney's fees pursuant to Fla. Stat. § 627.428 and §626.9373 because of the necessity of plaintiff having to retain counsel and file the present declaratory judgment action;

iii)     for a reservation of jurisdiction to enter such further orders as may be required to enforce the Court's declaration of the parties' rights and to determine any disputes that may arise in adjusting or paying the loss upon a determination of coverage; and

iv)     that the Court enters a Declaration that there is coverage for the subject loss

8

and that none of the exclusions raised by Chubb apply to the facts and circumstances of

the subject loss and/or that there is ambiguity in the insurance policy requiring the Court

to determine that there is coverage for the subject loss;

v)    for an award of such other and further relief as this Court deems just, proper

and equitable.

## Count II
## BREACH OF CONTRACT

31.    Plaintiff, Porta Vita Property Owners Association, readopt and alternatively

reallege paragraph 1 through 30 as if fully set forth herein and alternatively further allege

as follows:

32.    Despite the clear obligation to indemnify the Plaintiff, Porto Vita Property

Owners Association for its losses and damages to its property, the Defendant, Chubb, has

failed to fully indemnify the Plaintiff for its losses covered under the policy of insurance

herein, and thus, the Defendant, Chubb, is in breach of the policy of insurance.

33.    The Defendant, Chubb Custom Insurance Company, breached the insurance

contract, including, but not limited to, falling to indemnify the Plaintiff for all damages to

the Plaintiff's building, contents and loss of use in violation of terms and conditions of

the subject insurance policy.

34.    The Plaintiff, Porto Vita Property Owners Association, has been damaged

monetarily with regard to damages to its property by failure of the Defendant, Chubb

Custom Insurance Company, to comply with their contractual obligation herein.

35.    As a direct and proximate result of the Defendant, Chubb's conduct the

Plaintiff has been obligated to retain undersigned counsel to bring this

action and, pursuant to Florida Statutes Section 625.428 and 626.9373 and others,

undersigned counsel is entitled to an attorney's fee in this matter to be paid by the

Defendant, Chubb Custom Insurance Company.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury of all issues so triable.

Dated: January 8th, 2015.

MINTZ, TRUPPMAN, P.A.
Attorneys for Plaintiff
1700 Sans Souci Boulevard
North Miami, FL 33181
Telephone: 305-893-5506

By: _____
Keith A. Truppman, Esq.
ktruppman@mintztruppman.com
Florida Bar No: 473715

 **UNDERSTAND. SERVICE. INNOVATE.**

USI Insurance Services, LLC
201 Alhambra Circle
Suite 801
Coral Gables, FL 33134-5108
www.usi.biz
Phone:    305.669.6000
Toll-free:  800.516.5294
Fax:      305.669.6030

June 23, 2014

Board of Directors
Porto Vita Property Owners Association
20105 NE 38 Ct
Aventura, FL  33180-3417

RE:    Policy Number 7955734707
       Effective 6/10/2014 to 6/10/2015
       Policy Insurer Chubb Custom Insurance Company

Dear Board of Directors:

We are enclosing your Commercial Property policy.  Please read your policy carefully and let us know if any changes or corrections are necessary.

In the event of a loss, your rights to insurance coverage will be controlled by the terms, conditions and exclusions set forth by this policy.  Higher limits and additional coverages may be available.  Please contact us if you would like to discuss these options.

We appreciate your confidence in USI and look forward to serving you again soon.

Sincerely,

Kim Kolisch Vinas
Vice President
kim.kolisch@usi.biz
786 454-2108

57398851/PORTOVIT


PLAINTIFF'S
EXHIBIT
1

# IMPORTANT NOTICE TO POLICYHOLDERS

# TERRORISM RISK INSURANCE ACT

This Important Notice is being provided with your policy to further satisfy the disclosure requirements of the Terrorism Risk Insurance Act.

At the time you received the written offer for this policy, we provided you with an Important Notice to Policyholders indicating that the insurance provided in your policy for losses caused by certain acts of terrorism (as defined in the Terrorism Risk Insurance Act) would be partially reimbursed by the United States of America, pursuant to the formula set forth in the Terrorism Risk Insurance Act. In addition, as required by the Terrorism Risk Insurance Act, we:

• indicated that we would make available insurance for such losses in the same manner as we provide insurance for other types of losses;

• specified the premium we would charge, if any, for providing such insurance; and

• except to the extent prohibited by law, gave you the opportunity to reject such insurance and have a terrorism exclusion, sublimit or other limitation included in your policy.

This Important Notice refers back to that Important Notice and provides information about your decision and the manner in which your policy has been subsequently modified.

If:

• You rejected terrorism insurance under the Terrorism Risk Insurance Act, your policy includes the appropriate amendatory endorsement(s).

• You did not reject terrorism insurance under the Terrorism Risk Insurance Act, the premium charged for your policy, including that portion applicable to terrorism insurance under the Terrorism Risk Insurance Act, is shown in your policy. To the extent your policy includes a limitation on terrorism insurance, it has been modified so that such limitation does not apply to terrorism insurance under the Terrorism Risk Insurance Act.

Please carefully review your policy and the Important Notice previously provided to you for further details. Please remember that only the terms of your policy establish the scope of your insurance protection.

Please note that if your policy:

• *provides commercial property insurance in a jurisdiction that has a statutory standard fire policy, the premium we charge for terrorism insurance under the Terrorism Risk Insurance Act, includes an amount attributable to the insurance provided pursuant to that standard fire policy. Rejection of such statutory insurance is legally prohibited.*

• *is a workers compensation policy, rejection of insurance for terrorism is legally prohibited.*

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31), the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

## POLICYHOLDER NOTICE

All of the members of the Chubb Group of Insurance companies doing business in the United States (hereinafter "Chubb") distribute their products through licensed insurance brokers and agents ("producers"). Detailed information regarding the types of compensation paid by Chubb to producers on US insurance transactions is available under the Producer Compensation link located at the bottom of the page at www.chubb.com, or by calling 1-866-588-9478. Additional information may be available from your producer.

Thank you for choosing Chubb.

## IMPORTANT NOTICE TO POLICYHOLDERS

This Important Notice is not your policy. Please read your policy carefully to determine your rights, duties, and what is and what is not covered. Only the provisions of your policy determine the scope of your insurance protection.

THIS IMPORTANT NOTICE PROVIDES INFORMATION CONCERNING POSSIBLE IMPACT ON YOUR INSURANCE COVERAGE DUE TO COMPLIANCE WITH APPLICABLE TRADE SANCTION LAWS.

PLEASE READ THIS NOTICE CAREFULLY.

Various trade or economic sanctions and other laws or regulations prohibit us from providing insurance in certain circumstances. For example, the United States Treasury Department's Office of Foreign Asset Control (OFAC) administers and enforces economic and trade sanctions and places restrictions on transactions with foreign agents, front organizations, terrorists, terrorists organizations, and narcotic traffickers. OFAC acts pursuant to Executive Orders of the President of the United States and specific legislation, to impose controls on transactions and freeze foreign assets under United States jurisdiction. (To learn more about OFAC, please refer to the United States Treasury's web site at http://www.treas.gov/ofac.)

To the extent that you or any other insured, or any person or entity claiming the benefits of this insurance has violated any applicable sanction laws, this insurance will not apply.

## *FLORIDA NOTICE OF RISK MANAGEMENT PROGRAM AVAILABILITY*

Florida regulations require us to develop and make available for use by our clients a Risk Management Guide. We are pleased to present to you Chubb's Risk Management Guide, which includes measures, services and plans we have developed. The scope of your Risk Management Program should include the following:

1. Safety measures, including, as applicable, the following areas:

   a. Pollution and environmental hazards;

   b. Disease hazards;

   c. Accidental occurrences;

   d. Fire hazards and fire prevention and detection;

   e. Liability for acts from the course of business;

   f. Slip and fall hazards;

   g. Products injury; and

   h. Hazards unique to a particular class or category of policyholders.

2. Training to policyholders in safety management techniques.

3. Safety management counseling services.

Our guide and services are available upon request to assist in your risk management efforts. If you would like more information call 1-877-248-2202 or email *loss_control_service@chubb.com*.

If you leave a message or send an email inquiry, please include your name, phone number, company name, email address, policy number and a brief description of the loss control services being requested.

*Policyholder Information Notice*

## IMPORTANT NOTICE

To obtain information or make a complaint:

You may call (company's) toll-free telephone number for information or to make a complaint at:

1-800-36-CHUBB

**ATTACH THIS NOTICE TO YOUR POLICY:**
This notice is for information only and does not become a part or condition of the attached document.

*Form 99-10-0353 (Ed. 7-97)*

# FLORIDA NOTICE

**SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT
APPROVED BY ANY FLORIDA REGULATORY AGENCY.**

POLICY NUMBER MUST APPEAR ON ALL CORRESPONDENCE

| Policy Number |
|---|
| 79557347-07 |

# Chubb Custom Insurance Company
15 Mountain View Road, Warren, NJ 07059

Please forward correspondence and claims to our Administrative Office: WKFC Underwriting Managers
One Huntington Quadrangle
Suite 4N20
Melville, NY 11747

## COMMERCIAL PROPERTY POLICY
## COMMON POLICY DECLARATIONS

| POLICY PERIOD | | At 12:01 A.M. Standard Time at your Mailing Address Shown Below. | RENEWAL OF NUMBER | Account Number |
|---|---|---|---|---|
| Effective Date 08/10/2014 | Expiration Date 08/10/2015 | | 78557347-06 | |

NAMED INSURED AND ADDRESS
Porto Vita Property Owners Association
20105 Northeast 38th Court
Aventura, FL 33180

PRODUCER NAME AND ADDRESS
CRC of Florida
7700 West Camino Real Centre
Suite 201
Boca Raton, FL 33433
Phone: 561 395-0711

BUSINESS DESCRIPTIONS:  CIVIC AND SOCIAL ASSOCIATIONS
In return for the payment of the premium and subject to all the terms of this policy, the company indicated above agrees to provide the insurance stated in this policy.

PREMIUM SUMMARY:

This policy consists of the following coverage parts for which a premium is indicated.  This premium may be subject to adjustment.

| | |
|---|---|
| Commercial Property Coverage Non-Terrorism Part | $23,501.00 |
| Commercial Property Coverage Terrorism Part | Not Taken |
| Commercial Inland Marine Coverage Non-Terrorism Part | $0.00 |
| Commercial Inland Marine Coverage Terrorism Part | $0.00 |
| Commercial Crime Coverage Part | $0.00 |
| Commercial Auto Coverage Part | $0.00 |
| Commercial Equipment Breakdown Coverage Part | $0.00 |

Surplus Lines Tax: $1176.80
Policy Fee: $35.00
Company Fee: $41.19
FL EMPATF Fee: $4.00
Citizens Emergency: $235.36
FHCF: $305.97

Surplus Lines Agent:  Esteban M. Alvarez
Address: 1000 NW 57th Ct., Suite 670
Miami, FL 93176
License No.  D010182
Producing Agent: Kim Kelisch
Agent Address: 201 Alhambra Circle Suite 801
City/State: Coral Gables, FL 33134

THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW. PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER.

THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW. PERSONS INSURED BY THIS SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVEN UNLICENSED INSURER.

| Minimum Earned % | 25.00% |
|---|---|
| TOTAL | $23,501.00 |

Authorized Signature

FORM(S) AND ENDORSEMENT(S) MADE A PART OF THIS POLICY AT TIME OF ISSUE*
*Omits applicable forms and endorsements if shown in specific Coverage Part/Coverage Form Declarations.

SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY.

## COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

Policy No.:79557347-07

Effective Date:6/10/2014
12:01 A.M. Standard Time

NAMED INSURED:  Porto Vita Property Owners Association

**DESCRIPTION OF PREMISES:**
PREM/BLDG NO    LOCATION, CONSTRUCTION AND OCCUPANCY

See Location Schedule attached

**COVERAGES PROVIDED** -Insurance at the described premises applies only for which a limit of insurance is shown

PREM/BLDG NO    CODE   COVERAGE          LIMIT OF INSURANCE   ACV/RC*   COVERED CAUSES OF LOSS   COINSURANCE   RATES

See Location Schedule attached

'RC means Replacement Cost

**OPTIONAL COVERAGES** - Applicable only when entries are made in the schedule below
PREM/BLDG NO   CODE   COVERAGE          LIMIT OF INSURANCE        COVERED CAUSES OF LOSS   COINSURANCE**   RATES

| PREM/BLDG NO | **MONTHLY LIMIT OF INDEMNITY(FRACTION) | MAXIMUM PERIOD OF INDEMNITY (X) | **EXTENDED PERIOD OF INDEMNITY (DAYS) |
|---|---|---|---|

'RC means Replacement Cost  **Extra Expense Coverage, Limits on Loss Payment  ***Applies To Business Income Only

**MORTGAGE HOLDERS**
PREM/BLDG NO        MORTGAGE HOLDER NAME AND MAILING ADDRESS

See Mortgagee Schedule attached*

*If no schedule attached, no mortgagees apply

**DEDUCTIBLE:** $5,000.00 - Other Deductibles May Apply See Attached Endorsements

**FORMS AND ENDORSEMENTS** (other than applicable Forms and Endorsements shown elsewhere in the policy):
Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue: See Form Schedule attached

Coverage Exception
Applicable only to Specific
Premises/Coverages

| | Prem No. | Bldg. No. | Coverages | Form Numbers |
|---|---|---|---|---|

**PREMIUM**

Minimum Premium for this Coverage Part: 25 %

Premium for this Coverage Part  $23,501.00

**Inclusion of Data Optional

**THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THIS INSURED AND THE POLICY PERIOD**

CF 15 00 06 03

# Schedule of Forms

Named Insured  Porto Vita Property Owners Association

Policy No:  79557347-07          Chubb Custom Insurance Company

| Form Name | Form Edition No |
|---|---|
| Declarations Page | Dec Page |
| Supplemental Dec | CF 15000603 |
| Schedule of Forms | Forms |
| Location Schedule | Locsched (F1 8/95) |
| Building & Personal Property Coverage Form | CP 00 10 06 07 |
| Business Income With Extra Expense | CP 00 30 06 07 |
| Causes of Loss - Special Form | CP 10 30 06 07 |
| Water Exclusion Endorsement | CP 10 32 08 08 |
| Commercial Property Conditions | CP 00 90 07 88 |
| Common Policy Conditions | IL 00 17 11 98 |
| Certain Computer Related Loss Exclusion | IL 09 35 07 02 |
| Florida Changes | CP 01 25 07 08 |
| Exclusion of Certified acts of Terrorism | IL 09 53 01 08 |
| Exclusion of Loss Due to Virus or Bacteria | CP 01 40 07 06 |
| Windstorm Or Hail Exclusion | CP 10 54 06 07 |
| Protective Safeguards | IL 04 15 04 98 |
| Ordinance or Law Coverage | CP 04 05 04 02 |
| Loss Limit of Insurance | 10-02-1722 |
| Insuring Agreement | 10-02-0495 |
| Service of Suit (CCIC) | 10-0200402C |
| Compliance with Applicable Trade Sanctions | 10-02-1562 |
| Protective Safeguards - Cooking Fire Suppression | 10-02-1723 (Rev. 11-08) |
| Minimum Earned Premium | 10-02-1803 (05-07) |
| Aluminum Wiring Exclusion | WK 25 86 01 08 |
| Asbestos Material Exclusion | WK 27 23 10 07 |
| Cancellation Changes | CP 02 99 11 85 |

Forms

# LOCATION SCHEDULE

Named Insured:              Porto Vita Property Owners Association
Policy Effective Date:      08/10/2014
Policy Expiration Date:     08/10/2015
This endorsement effective: 12:01 AM  08/10/2014   forms a part of Policy No: 79557347-07

| Loc. # | Bldg. # | Location Address | Coverage | Limits | Covered Cause of Loss | Co-Ins. | Valuation |
|--------|---------|------------------|----------|--------|----------------------|---------|-----------|
| 1 | 1 | 20105 Northeast 38th Court Aventura, FL Miami-Dade 33180 | BUILDING | $11,682,128 | Special - Excluding Flood, Quake, Wind & Hal | NIL | RC |
| | | | BUSINESS INCOME INCLUDING RENTAL VALUE | $1,000,000 | Special - Excluding Flood, Quake, Wind & Hal | NIL | ALS |
| | | Protection: Wet 100% - Local Class: Apartments - Condominiums Construction: Fire Resistive Year Built: 1996 | PERSONAL PROPERTY | $2,000,000 | Special - Excluding Flood, Quake, Wind & Hal | NIL | RC |
| 1 | 2 | 20105 Northeast 38th Court Aventura, FL Miami-Dade 33180 | BUILDING | $733,515 | Special - Excluding Flood, Quake, Wind & Hal | NIL | RC |
| | | | LIGHT FIXTURES/POLES STREET LIGHTS | $61,529 | Special - Excluding Flood, Quake, Wind & Hal | NIL | RC |
| | | Protection: None Class: Apartments - Condominiums Construction: Joisted Masonry Year Built: 1996 | LIGHT FIXTURES/POLES LANDSCAPING | $22,347 | Special - Excluding Flood, Quake, Wind & Hal | NIL | RC |
| | | | OTHER STRUCTURES CONCRETE WALLS | $841,562 | Special - Excluding Flood, Quake, Wind & Hal | NIL | RC |
| | | | OTHER STRUCTURES SNACK SHOP | $38,627 | Special - Excluding Flood, Quake, Wind & Hal | NIL | RC |
| | | | OUTDOOR PROPERTY GOLF CARTS | $27,500 | Special - Excluding Flood, Quake, Wind & Hal | NIL | RC |
| | | | OUTDOOR PROPERTY OUTDOOR FOUNTAINS | $28,213 | Special - Excluding Flood, Quake, Wind & Hal | NIL | RC |
| | | | OUTDOOR PROPERTY PLAYGROUND SET | $10,658 | Special - Excluding Flood, Quake, Wind & Hal | NIL | RC |
| | | | PERSONAL PROPERTY GUARDHOUSE | $335,000 | Special - Excluding Flood, Quake, Wind & Hal | NIL | RC |
| | | | POOL RESTROOM BUILDING | $96,029 | Special - Excluding Flood, Quake, Wind & Hal | NIL | RC |
| | | | POOL PUMP BUILDING | $76,308 | Special - Excluding Flood, Quake, Wind & Hal | NIL | RC |
| | | | POOL SPA, DECK, FOUNTAIN | $572,354 | Special - Excluding Flood, Quake, Wind & Hal | NIL | RC |
| | | | TENNIS COURT LIGHTS | $17,957 | Special - Excluding Flood, Quake, Wind & Hal | NIL | RC |
| | | | TENNIS COURT (6) | $323,062 | Special - Excluding Flood, Quake, Wind & Hal | NIL | RC |
| | | | TENNIS COURT FENCING | $51,441 | Special - Excluding Flood, Quake, Wind & Hal | NIL | RC |
| | | | TENNIS COURT REST STATIONS (3) | $194,735 | Special - Excluding Flood, Quake, Wind & Hal | NIL | RC |
| | | | TENNIS COURT MAINTENANCE BUILDING | $19,922 | Special - Excluding Flood, Quake, Wind & Hal | NIL | RC |

COMMERCIAL PROPERTY
CP 00 10 06 07

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section H., Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, A.1., and limited in A.2., Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

a. Building, meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire-extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

b. Your Business Personal Property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property – Separation Of Coverage form:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

 © ISO Properties, Inc., 2007

c. Personal Property Of Others that is:

   (1) In your care, custody or control; and

   (2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

   However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

2. **Property Not Covered**.

*Covered Property does not include:*

  a. Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

  b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

  c. Automobiles held for sale;

  d. Bridges, roadways, walks, patios or other paved surfaces;

  e. Contraband, or property in the course of illegal transportation or trade;

  f. The cost of excavations, grading, backfilling or filling;

  g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

   (1) The lowest basement floor; or

   (2) The surface of the ground, if there is no basement;

  h. Land (including land on which the property is located), water, growing crops or lawns;

  i. Personal property while airborne or waterborne;

  j. Bulkheads, pilings, piers, wharves or docks;

  k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

  l. Retaining walls that are not part of a building;

  m. Underground pipes, flues or drains;

n. Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, n., does not apply to your "stock" of prepackaged software;

o. The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

p. Vehicles or self-propelled machines (including aircraft or watercraft) that:

   (1) Are licensed for use on public roads; or

   (2) Are operated principally away from the described premises.

   This paragraph does not apply to:

    (a) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

    (b) Vehicles or self-propelled machines, other than autos, you hold for sale;

    (c) Rowboats or canoes out of water at the described premises; or

    (d) Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers;

 © ISO Properties, Inc., 2007

c. The following property while outside of buildings:

(1) Grain, hay, straw or other crops;

(2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

3. Covered Causes Of Loss

See applicable Causes Of Loss Form as shown in the Declarations.

4. Additional Coverages

a. Debris Removal

(1) Subject to Paragraphs (3) and (4), we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris Removal does not apply to costs to:

(a) Extract "pollutants" from land or water; or

(b) Remove, restore or replace polluted land or water.

(3) Subject to the exceptions in Paragraph (4), the following provisions apply:

(a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

(b) Subject to (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

(4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

(a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage, exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if (4)(a) and/or (4)(b) apply, our total payment for direct physical loss or damage and debris removal expense may reach, but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

(5) Examples

The following examples assume that there is no Coinsurance penalty.

EXAMPLE #1

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 − $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |
| ($10,000 is 20% of $50,000.) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph (3).

EXAMPLE #2

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 − $500) |
| Debris Removal Expense: | $ 30,000 |
| Debris Removal Expense Payable | |
| Basic Amount: | $ 10,500 |
| Additional Amount: | $ 10,000 |

© ISO Properties, Inc., 2007

The basic amount payable for debris removal expense under the terms of Paragraph (3) is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph (4), because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph (4). Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000, unless a higher limit is shown in the Declarations, for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in e.(3) through e.(9) of this Additional Coverage.

**(3)** The ordinance or law referred to in e.(2) of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

   © ISO Properties, Inc., 2007   CP 00 10 06 07   □

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay for:

(a) The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

(b) Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced, at the same or another premises; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e.(6) of this Additional Coverage, is the increased cost of construction at the same premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e.(6) of this Additional Coverage, is the increased cost of construction at the new premises.

(8) This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

(9) The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in e.(6) of this Additional Coverage, is not subject to such limitation.

f. Electronic Data

(1) Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data.

(2) Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

  © ISO Properties, Inc., 2007   □

(3) The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

(a) If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss", as defined in that form, and Collapse as set forth in that form.

(b) If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

(c) If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage, Electronic Data, is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

5. Coverage Extensions

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a. Newly Acquired Or Constructed Property

(1) Buildings

If this policy covers Building, you may extend that insurance to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

(2) Your Business Personal Property

(a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

(i) Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

(ii) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

(iii) Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

© ISO Properties, Inc., 2007

(b) This Extension does not apply to:

    (i) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

    (ii) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

(3) Period Of Coverage

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

b. Personal Effects And Property Of Others

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

(2) Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

c. Valuable Papers And Records (Other Than Electronic Data)

(1) You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

(2) If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

(3) If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

(4) Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

d. Property Off-premises

(1) You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

(a) Temporarily at a location you do not own, lease or operate;

(b) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

(c) At any fair, trade show or exhibition.

(2) This Extension does not apply to property:

   (a) In or on a vehicle; or

   (b) In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

(3) The most we will pay for loss or damage under this Extension is $10,000.

e. **Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

f. **Non-owned Detached Trailers**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

   (a) The trailer is used in your business;

   (b) The trailer is in your care, custody or control at the premises described in the Declarations; and

   (c) You have a contractual responsibility to pay for loss or damage to the trailer.

(2) We will not pay for any loss or damage that occurs:

   (a) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

   (b) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3) The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

(4) This Insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages, and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage:

1. Fire Department Service Charge;

2. Pollutant Clean-up And Removal;

3. Increased Cost Of Construction; and

4. Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

© ISO Properties, Inc., 2007

## D. Deductible

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

### EXAMPLE #1

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $    250 |
| Limit of Insurance – Building #1: | $  60,000 |
| Limit of Insurance – Building #2: | $  80,000 |
| Loss to Building #1: | $  60,100 |
| Loss to Building #2: | $  90,000 |

The amount of loss to Building #1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building #1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building #1:

```
   $  60,100
       250
   $  59,850 Loss Payable – Building #1
```

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building #2. Loss payable for Building #2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

### EXAMPLE #2

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example #1.

| | |
|---|---|
| Loss to Building #1: | $  70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building #2: | $  90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable – Building #1: | $  60,000 |
| (Limit of Insurance) | |
| Loss Payable – Building #2: | $  80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $ 140,000 |

## E. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

### 1. Abandonment

There can be no abandonment of any property to us.

### 2. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

© ISO Properties, Inc., 2007

3. Duties In The Event Of Loss Or Damage

a. You must see that the following are done in the event of loss or damage to Covered Property:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

4. Loss Payment

a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property, subject to b. below;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to b. below:

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

d. We will not pay you more than your financial interest in the Covered Property.

e. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

h. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

   a. **Description Of Terms**

   (1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in (1)(a) and (1)(b) below:

      (a) When this policy is issued to a tenant and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

      (b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

         (i) Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

         (ii) Used by the building owner to conduct customary operations.

      (2) Buildings under construction or renovation are not considered vacant.

   b. **Vacancy Provisions**

   If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

   (1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

      (a) Vandalism;

      (b) Sprinkler leakage, unless you have protected the system against freezing;

      (c) Building glass breakage;

      (d) Water damage;

      (e) Theft; or

      (f) Attempted theft.

   (2) With respect to Covered Causes of Loss other than those listed in b.(1)(a) through b.(1)(f) above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

   a. At actual cash value as of the time of loss or damage, except as provided in b., c., d. and e. below.

   b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had;

d. Glass at the cost of replacement with safety-glazing material if required by law.

e. Tenants' Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

## F. Additional Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step (1);

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step (2); and

(4) Subtract the deductible from the figure determined in Step (3).

We will pay the amount determined in Step (4) or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

EXAMPLE #1 (UNDERINSURANCE)

| When: | |
|---|---|
| The value of the property is: | $250,000 |
| The Coinsurance percentage for it is: | 80% |
| The Limit of Insurance for it is: | $100,000 |
| The Deductible is: | $    250 |
| The amount of loss is: | $ 40,000 |

Step (1): $250,000 x 80% = $200,000
(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 ÷ $200,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 – $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

© ISO Properties, Inc., 2007

**EXAMPLE #2 (ADEQUATE INSURANCE)**

| When: | |
|---|---|
| The value of the property is: | $250,000 |
| The Coinsurance percentage for it is: | 80% |
| The Limit of Insurance for it is: | $200,000 |
| The Deductible is: | $ 250 |
| The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Co-insurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

b. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**EXAMPLE #3**

When: The value of the property is:

| | |
|---|---|
| Building at Location #1: | $ 75,000 |
| Building at Location #2: | $100,000 |
| Personal Property at Location #2: | $ 75,000 |
| | $250,000 |
| The Coinsurance percentage for it is: | 90% |
| The Limit of Insurance for Buildings and Personal Property at Locations #1 and #2 is: | $180,000 |
| The Deductible is: | $ 1,000 |

The amount of loss is:

| | |
|---|---|
| Building at Location #2: | $ 30,000 |
| Personal Property at Location #2: | $ 20,000 |
| | $ 50,000 |

Step (1): $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000 ÷ $225,000 = .80

Step (3): $50,000 x .80 = $40,000

Step (4): $40,000 – $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

a. The term mortgageholder includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

© ISO Properties, Inc., 2007

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

G. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

1. Agreed Value

   a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

   b. If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

   c. The terms of this Optional Coverage apply only to loss or damage that occurs:

      (1) On or after the effective date of this Optional Coverage; and

      (2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

2. Inflation Guard

   a. The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

   b. The amount of increase will be:

      (1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

      (2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

      (3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

EXAMPLE

If: The applicable Limit of Insurance is:  $ 100,000
    The annual percentage increase is:        8%
    The number of days since the
    beginning of the policy year
    (or last policy change) is:               146
    The amount of increase is:
    $100,000 x .08 x 146 + 365 =          $  3,200

3. Replacement Cost

   a. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

   b. This Optional Coverage does not apply to:

      (1) Personal property of others;

      (2) Contents of a residence;

      (3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

      (4) "Stock", unless the Including "Stock" option is shown in the Declarations.

      Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

   c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

   d. We will not pay on a replacement cost basis for any loss or damage:

      (1) Until the lost or damaged property is actually repaired or replaced; and

      (2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

© ISO Properties, Inc., 2007

With respect to tenants' improvements and betterments, the following also apply:

(3) If the conditions in d.(1) and d.(2) above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

(4) We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

e. We will not pay more for loss or damage on a replacement cost basis than the least of (1), (2) or (3), subject to f. below:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace the lost or damaged property with other property:

(a). Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount actually spent that is necessary to repair or replace the lost or damaged property;

If a building is rebuilt at a new premises, the cost described in e.(2) above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

f. The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

4. Extension Of Replacement Cost To Personal Property Of Others

a. If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph 3.b.(1) of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

b. With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

H. Definitions

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

3. "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

COMMERCIAL PROPERTY
CP 00 30 06 07

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F., Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

b. Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

(1) Business Income Including "Rental Value".

(2) Business Income Other Than "Rental Value".

(3) "Rental Value".

If option (1) above is selected, the term Business Income will include "Rental Value". If option (3) above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

(a) The portion of the building which you rent, lease or occupy; and

(b) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

### 2. Extra Expense

a. Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

b. Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

(1) Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

(2) Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

 © ISO Properties, Inc., 2007

3. **Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

4. **Additional Limitation – Interruption Of Computer Operations**

a. Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any "loss" or damage to electronic data, except as provided under the Additional Coverage – Interruption Of Computer Operations.

b. Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage – Interruption Of Computer Operations.

c. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

5. **Additional Coverages**

a. **Civil Authority**

In this Additional Coverage – Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

(1) Four consecutive weeks after the date of that action; or

(2) When your Civil Authority Coverage for Business Income ends;

whichever is later.

b. **Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

(1) New buildings or structures, whether complete or under construction;

(2) Alterations or additions to existing buildings or structures; and

 © ISO Properties, Inc., 2007 CP 00 30 06 07 ☐

(3) Machinery, equipment, supplies or build-ing materials located on or within 100 feet of the described premises and:

    (a) Used in the construction, alterations or additions; or

    (b) Incidental to the occupancy of new buildings.

If such direct physical loss or damage de-lays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c. Extended Business Income**

    **(1) Business Income Other Than "Rental Value"**

    If the necessary "suspension" of your "operations" produces a Business In-come loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

    (a) Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

    (b) Ends on the earlier of:

        (i) The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

        (ii) 30 consecutive days after the date determined in (1)(a) above.

However, Extended Business Income does not apply to loss of Business In-come incurred as a result of unfavorable business conditions caused by the im-pact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or dam-age at the described premises caused by or resulting from any Covered Cause of Loss.

    **(2) "Rental Value"**

    If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

    (a) Begins on the date property is actu-ally repaired, rebuilt or replaced and tenantability is restored; and

    (b) Ends on the earlier of:

        (i) The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had oc-curred; or

        (ii) 30 consecutive days after the date determined in (2)(a) above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable busi-ness conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are lo-cated.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or result-ing from any Covered Cause of Loss.

**d. Interruption Of Computer Operations**

    **(1)** Under this Additional Coverage, elec-tronic data has the meaning described under Additional Limitation -- Interruption Of Computer Operations.

    **(2)** Subject to all provisions of this Addi-tional Coverage, you may extend the in-surance that applies to Business Income and Extra Expense to apply to a "sus-pension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss.

 © ISO Properties, Inc., 2007

(3) With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

(a) If the Causes Of Loss — Special Form applies, coverage under this Additional Coverage — Interruption Of Computer Operations is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

(b) If the Causes Of Loss — Broad Form applies, coverage under this Additional Coverage — Interruption Of Computer Operations includes Collapse as set forth in that form.

(c) If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage — Interruption Of Computer Operations.

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage — Interruption of Computer Operations is $2,500 for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

(5) This Additional Coverage — Interruption in Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in (4) above has not been exhausted.

6. Coverage Extension

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

NEWLY ACQUIRED LOCATIONS

a. You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

b. The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location.

© ISO Properties, Inc., 2007

c. Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

(1) This policy expires;

(2) 30 days expire after you acquire or begin to construct the property; or

(3) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

**B. Limits Of Insurance**

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

1. Alterations And New Buildings;
2. Civil Authority;
3. Extra Expense; or
4. Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage.

**C. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Loss**

a. You must see that the following are done in the event of loss:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage; and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(6) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(7) Cooperate with us in the investigation or settlement of the claim.

(8) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**3. Loss Determination**

a. The amount of Business Income loss will be determined based on:

(1) The Net Income of the business before the direct physical loss or damage occurred;

(2) The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

(3) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

(4) Other relevant sources of information, including:

(a) Your financial records and accounting procedures;

(b) Bills, invoices and other vouchers; and

(c) Deeds, liens or contracts.

b. The amount of Extra Expense will be determined based on:

(1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

(a) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

(b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

(2) Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

c. Resumption Of Operations

We will reduce the amount of your:

(1) Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

(2) Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

d. If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**4. Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

a. We have reached agreement with you on the amount of loss; or

b. An appraisal award has been made.

**D. Additional Condition**

**COINSURANCE**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

1. The Coinsurance percentage shown for Business Income in the Declarations; times

2. The sum of:

a. The Net Income (Net Profit or Loss before income taxes), and

b. Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

© ISO Properties, Inc., 2007

Instead, we will determine the most we will pay using the following steps:

Step (1): Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

Step (2): Divide the Limit of Insurance for the described premises by the figure determined in Step (1); and

Step (3): Multiply the total amount of loss by the figure determined in Step (2).

We will pay the amount determined in Step (3) or the limit of Insurance, whichever is less. For the remainder, you will either have to rely on other Insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

(1) Prepaid freight – outgoing;

(2) Returns and allowances;

(3) Discounts;

(4) Bad debts;

(5) Collection expenses;

(6) Cost of raw stock and factory supplies consumed (including transportation charges);

(7) Cost of merchandise sold (including transportation charges);

(8) Cost of other supplies consumed (including transportation charges);

(9) Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

(10) Power, heat and refrigeration expenses that do not continue under contract (if Form CP 15 11 is attached);

(11) All ordinary payroll expenses or the amount of payroll expense excluded (if Form CP 15 10 is attached); and

(12) Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

## EXAMPLE #1 (UNDERINSURANCE)

When:   The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been:   $400,000

The Coinsurance percentage is:   50%

The Limit of Insurance is:   $150,000

The amount of loss is:   $  80,000

Step (1): $400,000 x 50% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $150,000 ÷ $200,000 = .75

Step (3): $80,000 x .75 = $60,000.

We will pay no more than $60,000. The remaining $20,000 is not covered.

## EXAMPLE #2 (ADEQUATE INSURANCE)

When:   The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been:   $400,000

The Coinsurance percentage is:   50%

The Limit of Insurance is:   $200,000

The amount of loss is:   $  80,000

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

E. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

1. Maximum Period Of Indemnity

a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

b. The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

  (1) The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

  (2) The Limit of Insurance shown in the Declarations.

**2. Monthly Limit Of Indemnity**

a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

b. The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

  (1) The Limit of Insurance, multiplied by

  (2) The fraction shown in the Declarations for this Optional Coverage.

**EXAMPLE**

| When: | | |
|---|---|---|
| The Limit of Insurance is: | $ | 120,000 |
| The fraction shown in the Declarations for this Optional Coverage is: | | 1/4 |
| The most we will pay for loss in each period of 30 consecutive days is: | $ | 30,000 |

($120,000 x 1/4 = $30,000)

If, in this example, the actual amount of loss is:

| Days 1–30: | $ | 40,000 |
|---|---|---|
| Days 31–60: | $ | 20,000 |
| Days 61–90: | $ | 30,000 |
| | $ | 90,000 |

We will pay:

| Days 1–30: | $ | 30,000 |
|---|---|---|
| Days 31–60: | $ | 20,000 |
| Days 61–90: | $ | 30,000 |
| | $ | 80,000 |

The remaining $10,000 is not covered.

**3. Business Income Agreed Value**

a. To activate this Optional Coverage:

  (1) A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

    (a) During the 12 months prior to the date of the Work Sheet; and

    (b) Estimated for the 12 months immediately following the inception of this Optional Coverage.

  (2) The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

    (a) The Coinsurance percentage shown in the Declarations; multiplied by

    (b) The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

b. The Additional Condition, Coinsurance, is suspended until:

  (1) 12 months after the effective date of this Optional Coverage; or

  (2) The expiration date of this policy;

  whichever occurs first.

c. We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

  (1) Within 12 months of the effective date of this Optional Coverage; or

  (2) When you request a change in your Business Income Limit of Insurance.

d. If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

  (1) The Business Income Limit of Insurance; divided by

  (2) The Agreed Value.

© ISO Properties, Inc., 2007

**EXAMPLE**

| When: | The Limit of Insurance is: | $ 100,000 |
| | The Agreed Value is: | $ 200,000 |
| | The amount of loss is: | $  80,000 |

Step (1): $100,000 ÷ $200,000 = .50

Step (2): .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

**4. Extended Period Of Indemnity**

Under Paragraph A.5.c., Extended Business Income, the number 30 in Subparagraphs (1)(b) and (2)(b) is replaced by the number shown in the Declarations for this Optional Coverage.

**F. Definitions**

1. "Finished stock" means stock you have manufactured.

   "Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

   "Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

2. "Operations" means:

   a. Your business activities occurring at the described premises; and

   b. The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

3. "Period of restoration" means the period of time that:

   a. Begins:

      (1) 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

      (2) Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

      caused by or resulting from any Covered Cause of Loss at the described premises; and

   b. Ends on the earlier of:

      (1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      (2) The date when business is resumed at a new permanent location.

   "Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

      (1) Regulates the construction, use or repair, or requires the tearing down, of any property; or

      (2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

   The expiration date of this policy will not cut short the "period of restoration".

4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5. "Rental Value" means Business Income that consists of:

   a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

   b. Continuing normal operating expenses incurred in connection with that premises, including:

      (1) Payroll; and

      (2) The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

6. "Suspension" means:

   a. The slowdown or cessation of your business activities; or

   b. That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

 © ISO Properties, Inc., 2007

COMMERCIAL PROPERTY
CP 10 30 06 07

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section G., Definitions.

## A. Covered Causes Of Loss

When "Special" is shown in the Declarations, Covered Causes Of Loss means Risks Of Direct Physical Loss unless the loss is:

1. Excluded in Section B., Exclusions; or

2. Limited in Section C., Limitations;

that follow.

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

    a. **Ordinance Or Law**

    The enforcement of any ordinance or law:

    (1) Regulating the construction, use or repair of any property; or

    (2) Requiring the tearing down of any property, including the cost of removing its debris.

    This exclusion, Ordinance Or Law, applies whether the loss results from:

    (a) An ordinance or law that is enforced even if the property has not been damaged; or

    (b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

    b. **Earth Movement**

    (1) Earthquake, including any earth sinking, rising or shifting related to such event;

    (2) Landslide, including any earth sinking, rising or shifting related to such event;

    (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

    (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

    But if Earth Movement, as described in b.(1) through (4) above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

    (5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

    Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

    (a) Airborne volcanic blast or airborne shock waves;

    (b) Ash, dust or particulate matter; or

    (c) Lava flow.

    All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

    Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

    c. **Governmental Action**

    Seizure or destruction of property by order of governmental authority.

    But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

 © ISO Properties, Inc., 2007

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

(1) Originates away from the described premises; or

(2) Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water that backs up or overflows from a sewer, drain or sump; or

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings.

But if Water, as described in g.(1) through g.(4) above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

1. When "fungus", wet or dry rot or bacteria results from fire or lightning; or

2. To the extent that coverage is provided in the Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions B.1.a. through B.1.h. apply whether or not the loss event results in widespread damage or affects a substantial area.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

(1) Electrical or electronic wire, device, appliance, system or network; or

(2) Device, appliance, system or network utilizing cellular or satellite technology.

© ISO Properties, Inc., 2007

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

    (a) Electrical current, including arcing;

    (b) Electrical charge produced or conducted by a magnetic or electromagnetic field;

    (c) Pulse of electromagnetic energy; or

    (d) Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

  **b.** Delay, loss of use or loss of market.

  **c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

  **d.** (1) Wear and tear;

    (2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

    (3) Smog;

    (4) Settling, cracking, shrinking or expansion;

    (5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

    (6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

    (7) The following causes of loss to personal property:

      (a) Dampness or dryness of atmosphere;

      (b) Changes in or extremes of temperature; or

      (c) Marring or scratching.

But if an excluded cause of loss that is listed in 2.d.(1) through (7) results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

  **e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

  **f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

  **g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

    (1) You do your best to maintain heat in the building or structure; or

    (2) You drain the equipment and shut off the supply if the heat is not maintained.

  **h.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

    (1) Acting alone or in collusion with others; or

    (2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

  **i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

  **j.** Rain, snow, ice or sleet to personal property in the open.

k. Collapse, including any of the following conditions of property or any part of the property:

(1) An abrupt falling down or caving in;

(2) Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

(3) Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to (1) or (2) above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, k., does not apply:

(a) To the extent that coverage is provided under the Additional Coverage – Collapse; or

(b) To collapse caused by one or more of the following:

(i) The "specified causes of loss";

(ii) Breakage of building glass;

(iii) Weight of rain that collects on a roof; or

(iv) Weight of people or personal property.

l. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, l., does not apply to damage to glass caused by chemicals applied to the glass.

m. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3. We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

4. Special Exclusions

The following provisions apply only to the specified Coverage Forms.

a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form

We will not pay for:

(1) Any loss caused by or resulting from:

(a) Damage or destruction of "finished stock"; or

(b) The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

(2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

(3) Any increase of loss caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

   © ISO Properties, Inc., 2007

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

(4) Any "Extra Expense" caused by or resulting from suspension, lapse or cancellation of any license, lease or contract, beyond the "period of restoration".

(5) Any other consequential loss.

**b. Leasehold Interest Coverage Form**

(1) Paragraph B.1.a., Ordinance Or Law, does not apply to insurance under this Coverage Form.

(2) We will not pay for any loss caused by:

(a) Your cancelling the lease;

(b) The suspension, lapse or cancellation of any license; or

(c) Any other consequential loss.

**c. Legal Liability Coverage Form**

(1) The following exclusions do not apply to insurance under this Coverage Form:

(a) Paragraph B.1.a., Ordinance Or Law;

(b) Paragraph B.1.c., Governmental Action;

(c) Paragraph B.1.d., Nuclear Hazard;

(d) Paragraph B.1.e., Utility Services; and

(e) Paragraph B.1.f., War And Military Action.

(2) The following additional exclusions apply to insurance under this Coverage Form:

(a) **Contractual Liability**

We will not defend any claim or "suit", or pay any damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

(i) Your assumption of liability was executed prior to the accident; and

(ii) The building is Covered Property under this Coverage Form.

(b) **Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5. Additional Exclusion**

The following provisions apply only to the specified property.

**LOSS OR DAMAGE TO PRODUCTS**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

## C. Limitations

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

      However, this limitation does not apply to:

      (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      (2) Business Income Coverage or Extra Expense Coverage.

   e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Animals, and then only if they are killed or their destruction is made necessary.

   b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass; or

      (2) Containers of property held for sale.

   c. Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

      However, this limitation does not apply:

      (1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

      (2) To Business Income Coverage or to Extra Expense Coverage.

3. The special limit shown for each category, a. through d., is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

   a. $2,500 for furs, fur garments and garments trimmed with fur.

   b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   c. $2,500 for patterns, dies, molds and forms.

   d. $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

   These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

   This limitation, C.3., does not apply to Business Income Coverage or to Extra Expense Coverage.

       © ISO Properties, Inc., 2007       CP 10 30 06 07   □

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

a. Results in discharge of any substance from an automatic fire protection system; or

b. Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage – Collapse**

The coverage provided under this Additional Coverage – Collapse applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

1. For the purpose of this Additional Coverage – Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

a. Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

b. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

c. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

d. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

   (1) A cause of loss listed in 2.a. or 2.b.;
   (2) One or more of the "specified causes of loss";
   (3) Breakage of building glass;
   (4) Weight of people or personal property; or
   (5) Weight of rain that collects on a roof.

3. This Additional Coverage – Collapse does not apply to:

a. A building or any part of a building that is in danger of falling down or caving in;

b. A part of a building that is standing, even if it has separated from another part of the building; or

c. A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:

a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

b. Awnings, gutters and downspouts;

c. Yard fixtures;

d. Outdoor swimming pools;

e. Fences;

f. Piers, wharves and docks;

g. Beach or diving platforms or appurtenances;

h. Retaining walls; and

i. Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in 2.a. through 2.d., we will pay for loss or damage to that property only if:

   (1) Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

   (2) The property is Covered Property under this Coverage Form.

5. If personal property abruptly falls down or caves in and such collapse is not the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

a. The collapse of personal property was caused by a cause of loss listed in 2.a. through 2.d.;

b. The personal property which collapses is inside a building; and

c. The property which collapses is not of a kind listed in 4., regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph 5. does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

6. This Additional Coverage – Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

7. This Additional Coverage – Collapse will not increase the Limits of Insurance provided in this Coverage Part.

8. The term Covered Cause of Loss includes the Additional Coverage – Collapse as described and limited in D.1. through D.7.

E. Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria

1. The coverage described in E.2. and E.6. only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

   a. A "specified cause of loss" other than fire or lightning; or

   b. Flood, if the Flood Coverage Endorsement applies to the affected premises.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

   a. Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

   b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

   c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3. The coverage described under E.2. of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

   If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph F.2. (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage – Collapse.

6. The following, 6.a. or 6.b., applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form.

© ISO Properties, Inc., 2007 CP 10 30 06 07 □

a. If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

F. **Additional Coverage Extensions**

1. **Property In Transit**

   This Extension applies only to your personal property to which this form applies.

   a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

   b. Loss or damage must be caused by or result from one of the following causes of loss:

      (1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

      (2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

      (3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

   c. The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

2. **Water Damage, Other Liquids, Powder Or Molten Material Damage**

   If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

3. **Glass**

   a. We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

   b. We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

   This Coverage Extension, F.3., does not increase the Limit of Insurance.

G. **Definitions**

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

   a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

      (1) The cost of filling sinkholes; or

      (2) Sinking or collapse of land into man-made underground cavities.

b. Falling objects does not include loss or damage to:

(1) Personal property in the open; or

(2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system) including its related equipment and parts, that is located on the described premises and contains water or steam.

© ISO Properties, Inc., 2007

COMMERCIAL PROPERTY
CP 10 32 08 08

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WATER EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

A. The exclusion in Paragraph B. replaces the Water Exclusion in this Coverage Part or Policy.

B. Water

1. Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

2. Mudslide or mudflow;

3. Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

4. Water under the ground surface pressing on, or flowing or seeping through:

   a. Foundations, walls, floors or paved surfaces;

   b. Basements, whether paved or not; or

   c. Doors, windows or other openings; or

5. Waterborne material carried or otherwise moved by any of the water referred to in Paragraph 1., 3. or 4., or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs 1. through 5., is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, sea wall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs 1. through 5., results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

© Insurance Services Office, Inc., 2008

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

### A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

### B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

### C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

### E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

### F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

### G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

### H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:
   a. During the policy period shown in the Declarations; and
   b. Within the coverage territory.

2. The coverage territory is:
   a. The United States of America (including its territories and possessions);
   b. Puerto Rico; and
   c. Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    a. Someone insured by this insurance;

    b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

    c. Your tenant.

This will not restrict your insurance.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1987
CP 00 90 07 88

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions:

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

IL 09 35 07 02

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

A. We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

1. The failure, malfunction or inadequacy of:

a. Any of the following, whether belonging to any insured or to others:

(1) Computer hardware, including micro-processor(s);

(2) Computer application software;

(3) Computer operating systems and related software;

(4) Computer networks;

(5) Microprocessors (computer chips) not part of any computer system; or

(6) Any other computerized or electronic equipment or components; or

b. Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph A.1.a. of this endorsement;

due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

2. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph A.1. of this endorsement.

B. If an excluded Cause of Loss as described in Paragraph A. of this endorsement results:

1. In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

2. Under the Commercial Property Coverage Part:

a. In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss – Special Form; or

b. In a Covered Cause of Loss under the Causes Of Loss – Basic Form or the Causes Of Loss – Broad Form;

we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

C. We will not pay for repair, replacement or modification of any items in Paragraphs A.1.a. and A.1.b. of this endorsement to correct any deficiencies or change any features.

© ISO Properties, Inc., 2001

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

A. When this endorsement is attached to the Standard Property Policy CP 00 99, the term Coverage Part in this endorsement is replaced by the term Policy.

B. The following provision applies when a Coinsurance percentage is shown in the Declarations:

Florida law states as follows:

Coinsurance contract: The rate charged in this policy is based upon the use of the coinsurance clause attached to this policy, with the consent of the insured.

C. The following is added:

If windstorm is a Covered Cause of Loss and loss or damage to Covered Property is caused by or results from windstorm, the following exclusion applies in:

1. Broward County;
2. Dade County;
3. Martin County;
4. Monroe County;
5. Palm Beach County; and
6. All the areas east of the west bank of the Intra-Coastal Waterway in the Counties of:
   a. Indian River; and
   b. St. Lucie.

**WINDSTORM EXTERIOR PAINT AND WATERPROOFING EXCLUSION**

We will not pay for loss or damage caused by windstorm to:

1. Paint; or
2. Waterproofing material;

applied to the exterior of Buildings unless the Building to which such loss or damage occurs also sustains other loss or damage by windstorm in the course of the same storm event. But such coverage applies only if windstorm is a Covered Cause of Loss.

When loss or damage to exterior paint or waterproofing material is excluded, we will not include the value of paint or waterproofing material to determine:

a. The amount of the Windstorm or Hail Deductible; or
b. The value of Covered Property when applying the Coinsurance Condition.

D. The Loss Payment Condition dealing with the number of days within which we must pay for covered loss or damage is replaced by the following:

Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage upon the earliest of the following:

(1) Within 20 days after we receive the sworn proof of loss and reach written agreement with you;

(2) Within 30 days after we receive the sworn proof of loss and:

(a) There is an entry of a final judgment; or

(b) There is a filing of an appraisal award with us; or

(3) Within 90 days of receiving notice of claim, unless we deny the claim during that time or factors beyond our control reasonably prevent such payment. If a portion of the claim is denied, then the 90-day time period for payment of claim relates to the portion of the claim that is not denied.

Paragraph (3) applies only to the following:

(a) A claim under a policy covering residential property;

(b) A claim for building or contents coverage if the insured structure is 10,000 square feet or less and the policy covers only locations in Florida; or

 © Insurance Services Office, Inc., 2008

(c) A claim for contents coverage under a tenant's policy if the rented premises are 10,000 square feet or less and the policy covers only locations in Florida.

E. Sinkhole Collapse Coverage Removed

Sinkhole Collapse coverage is removed as indicated in Paragraphs E.1. through E.4.; and coverage for Catastrophic Ground Cover Collapse is added instead as set forth in Paragraph F.

1. In the Causes of Loss – Basic Form and in the Standard Property Policy, Sinkhole Collapse is deleted from the Covered Causes of Loss and sinkhole collapse is no longer an exception to the Earth Movement exclusion.

2. In the Causes of Loss – Broad Form, Sinkhole Collapse is deleted from the Covered Causes of Loss and from the Additional Coverage – Collapse; and sinkhole collapse is no longer an exception to the Earth Movement exclusion.

3. In the Causes of Loss – Special Form, sinkhole collapse is deleted from the "specified causes of, loss" and is no longer an exception to the Earth Movement exclusion.

4. In the Mortgageholders Errors And Omissions Coverage Form, sinkhole collapse is deleted from the Covered Causes of Loss under Coverage B and from the "specified causes of, loss", and is no longer an exception to the Earth Movement exclusion.

Further, this Coverage Part does not insure against Sinkhole Loss as defined in Florida law unless an endorsement for Sinkhole Loss is made part of this policy. However, if Sinkhole Loss causes Catastrophic Ground Cover Collapse, coverage is provided for the resulting Catastrophic Ground Cover Collapse even if an endorsement for Sinkhole Loss is not made part of this policy.

F. The following is added to this Coverage Part as a Covered Cause Of Loss. In the Causes Of Loss – Special Form and Mortgageholders Errors And Omissions Coverage Form, the following is also added as a "specified cause of loss". However, as a "specified cause of loss", the following does not apply to the Additional Coverage – Collapse.

CATASTROPHIC GROUND COVER COLLAPSE

We will pay for direct physical loss or damage to Covered Property caused by or resulting from catastrophic ground cover collapse, meaning geological activity that results in all of the following:

(a) The abrupt collapse of the ground cover;

(b) A depression in the ground cover clearly visible to the naked eye;

(c) Structural damage to the building, including the foundation; and

(d) The insured structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that structure.

However, structural damage consisting merely of the settling or cracking of a foundation, structure or building does not constitute loss or damage resulting from a catastrophic ground cover collapse.

The Earth Movement exclusion and the Collapse exclusion do not apply to coverage for Catastrophic Ground Cover Collapse.

Coverage for Catastrophic Ground Cover Collapse does not increase the applicable Limit of Insurance. Regardless of whether loss or damage attributable to catastrophic ground cover collapse also qualifies as Sinkhole Loss or Earthquake (if either or both of those causes of loss are covered under this Coverage Part), only one Limit of Insurance will apply to such loss or damage.

G. The following applies to the Additional Coverage – Civil Authority under the Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form and Extra Expense Coverage Form:

1. The Additional Coverage – Civil Authority includes a requirement that the described premises are not more than one mile from the damaged property. With respect to described premises located in Florida, such one-mile radius does not apply.

2. The Additional Coverage – Civil Authority is limited to a coverage period of up to four weeks. With respect to described premises located in Florida, such four week period is replaced by a three-week period.

3. Civil Authority coverage is subject to all other provisions of that Additional Coverage.

© Insurance Services Office, Inc., 2008
CP 01 25 07 08   ☐

POLICY NUMBER:78557347-07                                                         IL 09 53 01 08

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

## SCHEDULE

The Exception Covering Certain Fire Losses (Paragraph C) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
| CA, GA, HI, IA, IL, MA, ME, MO, NC, NJ, NY, OR, RI, US VI, WA, WI, and WV. | Commercial Property Coverage Part |
|  |  |
|  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. The following definition is added with respect to the provisions of this endorsement:**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B. The following exclusion is added:**

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C. Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph B applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

© ISO Properties, Inc., 2007

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

COMMERCIAL PROPERTY
CP 01 40 07 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

A. The exclusion set forth in Paragraph B. applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

B. We will not pay for loss or damage caused by or resulting from any virus, bacterium or other micro-organism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

C. With respect to any loss or damage subject to the exclusion in Paragraph B., such exclusion supersedes any exclusion relating to "pollutants".

D. The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

1. Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

2. Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

E. The terms of the exclusion in Paragraph B., or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

       © ISO Properties, Inc., 2006             □

POLICY NUMBER: 79557347-07

COMMERCIAL PROPERTY
CP 10 54 06 07

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WINDSTORM OR HAIL EXCLUSION

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – BROAD FORM
CAUSES OF LOSS – SPECIAL FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number | Building Number |
|---|---|
| ALL | ALL |
| | |
| | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

With respect to the location(s) indicated in the Schedule, the following provisions apply:

A. The following is added to the Exclusions section and is therefore not a Covered Cause of Loss:

**WINDSTORM OR HAIL**

We will not pay for loss or damage:

1. Caused directly or indirectly by Windstorm or Hail, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage; or

2. Caused by rain, snow, sand or dust, whether driven by wind or not, if that loss or damage would not have occurred but for the Windstorm or Hail.

But if Windstorm or Hail results in a cause of loss other than rain, snow, sand or dust, and that resulting cause of loss is a Covered Cause of Loss, we will pay for the loss or damage caused by such Covered Cause of Loss. For example, if the Windstorm or Hail damages a heating system and fire results, the loss or damage attributable to the fire is covered subject to any other applicable policy provisions.

B. The terms of the Windstorm Or Hail exclusion, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this policy.

C. Under Additional Coverage – Collapse, in the Causes Of Loss – Broad Form, Windstorm or Hail is deleted from Paragraph 2.a.

D. In the Causes Of Loss – Special Form, Windstorm or Hail is deleted from the "specified causes of loss".

E. Under Additional Coverage Extensions – Property In Transit, in the Causes Of Loss – Special Form, Windstorm or Hail is deleted from Paragraph b.(1).

© ISO Properties, Inc., 2007

POLICY NUMBER:79557347-07

INTERLINE
IL 04 15 04 98

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

SCHEDULE*

| Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|-----------|-----------|------------------------------------------|
| 1 | All | P-1 |

Describe any "P-9":

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

A. The following is added to the:
   Commercial Property Conditions.
   General Conditions in the
   Farm Property – Other Farm
   Provisions Form – Additional Coverages,
   Conditions, Definitions.,
   General Conditions in the Mobile Agricultural
   Machinery and Equipment Coverage Form
   General Conditions in the Livestock Coverage
   Form

   PROTECTIVE SAFEGUARDS
   1. As a condition of this insurance, you are
      required to maintain the protective devices
      or services listed in the Schedule above.
   2. The protective safeguards to which this
      endorsement applies are identified by the
      following symbols:
      "P-1" Automatic Sprinkler System,
         including related supervisory
         services.
         Automatic Sprinkler System means:
         a. Any automatic fire protective or
            extinguishing system, including
            connected:
            (1) Sprinklers and discharge nozzles;
            (2) Ducts, pipes, valves and fittings;

            (3) Tanks, their component parts and
               supports; and
            (4) Pumps and private fire protection
               mains.
         b. When supplied from an automatic
            fire protective system:
            (1) Non-automatic fire protective
               systems; and
            (2) Hydrants, standpipes and outlets.
      "P-2" Automatic Fire Alarm, protecting
         the entire building, that is:
         a. Connected to a central station; or
         b. Reporting to a public or private fire
            alarm station.
      "P-3" Security Service, with a recording
         system or watch clock, making
         hourly rounds covering the entire
         building, when the premises are not
         in actual operation.
      "P-4" Service Contract with a privately
         owned fire department providing fire
         protection service to the described
         premises.
      "P-9" The protective system described in
         the Schedule.

 Copyright, Insurance Services Office, Inc., 1997

B. The following is added to the EXCLUSIONS section of:

CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – BROAD FORM
CAUSES OF LOSS – SPECIAL FORM
MORTGAGE HOLDERS ERRORS AND OMISSIONS COVERAGE FORM
STANDARD PROPERTY POLICY
CAUSES OF LOSS FORM – FARM PROPERTY
MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM
LIVESTOCK COVERAGE FORM

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

1. Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

2. Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

Copyright, Insurance Services Office, Inc., 1997

IL 04 15 04 98

POLICY NUMBER:79557347-07

COMMERCIAL PROPERTY
CP 04 05 04 02

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE*

| Bldg. No./ Prem. No. | Cov. A | Cov. B Limit Of Insur. | Cov. C Limit Of Insur. | Cov. B And C Combined Limit Of Insur. |
|---|---|---|---|---|
| All  / All | ☒ | $ | $ | $ 1,000,000   ** |
| / | ☐ | $ | $ | **  |
| / | ☐ | $ | $ | **  |

*Information required to complete the Schedule, if not shown on this endorsement, will be shown in the Declarations.

**Do not enter a Combined Limit of Insurance if individual Limits of Insurance are selected for Coverages B and C, or if one of these Coverages is not applicable.

A. Each Coverage – Coverage A, Coverage B and Coverage C – is provided under this endorsement only if that Coverage(s) is chosen by entry in the above Schedule and then only with respect to the building identified for that Coverage(s) in the Schedule.

B. Application Of Coverage(s)

The Coverage(s) provided by this endorsement apply only if both B.1. and B.2. are satisfied and are then subject to the qualifications set forth in B.3.

1. The ordinance or law:

   a. Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

   b. Is in force at the time of loss.

   But coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

2. a. The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

   b. The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

   c. But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this endorsement even if the building has also sustained covered direct physical damage.

3. In the situation described in B.2.b. above, we will not pay the full amount of loss otherwise payable under the terms of Coverages A, B, and/or C of this endorsement; instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

© ISO Properties, Inc., 2001

(Section H. of this endorsement provides an example of this procedure.)

However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages A, B and/or C of this endorsement.

C. We will not pay under Coverage A, B or C of this endorsement for:

1. Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling, or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

2. The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

D. Coverage

1. Coverage A – Coverage For Loss To The Undamaged Portion Of The Building

With respect to the building that has sustained covered direct physical damage, we will pay under Coverage A for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

Coverage A is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. Coverage A does not increase the Limit of Insurance.

2. Coverage B – Demolition Cost Coverage

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

3. Coverage C – Increased Cost Of Construction Coverage

a. With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

(1) Repair or reconstruct damaged portions of that building; and/or

(2) Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

However:

(1) This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law;

(2) We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

b. When a building is damaged or destroyed and Coverage C applies to that building in accordance with 3.a. above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in 3.a.:

(1) The cost of excavations, grading, backfilling and filling;

(2) Foundation of the building;

(3) Pilings; and

(4) Underground pipes, flues and drains.

The items listed in b.(1) through b.(4) above are deleted from Property Not Covered, but only with respect to the coverage described in this Provision, 3.b.

E. Loss Payment

1. All following loss payment Provisions, E.2. through E.5., are subject to the apportionment procedures set forth in Section B.3. of this endorsement.

   © ISO Properties, Inc., 2001   CP 04 05 04 02

2. When there is a loss in value of an undamaged portion of a building to which Coverage A applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

   a. If the Replacement Cost Coverage Option applies and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

     (1) The amount you would actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

     (2) The Limit of Insurance shown in the Declarations as applicable to the covered building.

   b. If the Replacement Cost Coverage Option applies and the property is not repaired or replaced, or if the Replacement Cost Coverage Option does not apply, we will not pay more than the lesser of:

     (1) The actual cash value of the building at the time of loss; or

     (2) The Limit of Insurance shown in the Declarations as applicable to the covered building.

3. Unless Paragraph E.5. applies, loss payment under Coverage B – Demolition Cost Coverage will be determined as follows:

  We will not pay more than the lesser of the following:

   a. The amount you actually spend to demolish and clear the site of the described premises; or

   b. The applicable Limit of Insurance shown for Coverage B in the Schedule above.

4. Unless Paragraph E.5. applies, loss payment under Coverage C – Increased Cost of Construction Coverage will be determined as follows:

   a. We will not pay under Coverage C:

     (1) Until the property is actually repaired or replaced, at the same or another premises; and

     (2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

   b. If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage C is the lesser of:

     (1) The increased cost of construction at the same premises; or

     (2) The applicable Limit of Insurance shown for Coverage C in the Schedule above.

   c. If the ordinance or law requires relocation to another premises, the most we will pay under Coverage C is the lesser of:

     (1) The increased cost of construction at the new premises; or

     (2) The applicable Limit of Insurance shown for Coverage C in the Schedule above.

5. If a Combined Limit of Insurance is shown for Coverages B and C in the Schedule above, Paragraphs E.3. and E.4. of this endorsement do not apply with respect to the building that is subject to the Combined Limit, and the following loss payment provisions apply instead:

  The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the Combined Limit of Insurance shown for Coverages B and C in the Schedule above. Subject to this Combined Limit of Insurance, the following loss payment provisions apply:

   a. For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises;

   b. With respect to the Increased Cost of Construction:

     (1) We will not pay for the increased cost of construction:

       (a) Until the property is actually repaired or replaced, at the same or another premises; and

       (b) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

     (2) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

      © ISO Properties, Inc., 2001      

(3) If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

F. The terms of this endorsement apply separately to each building to which this endorsement applies.

G. Under this endorsement we will not pay for loss due to any ordinance or law that:

1. You were required to comply with before the loss, even if the building was undamaged; and

2. You failed to comply with.

H. Example of Proportionate Loss Payment for Ordinance Or Law Coverage Losses (procedure as set forth in Section B.3. of this endorsement.)

Assume:

- Wind is a Covered Cause of Loss; Flood is an excluded Cause of Loss
- The building has a value of $200,000.
- Total direct physical damage to building: $100,000
- The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value
- Portion of direct physical damage that is covered (caused by wind): $30,000
- Portion of direct physical damage that is not covered (caused by flood): $70,000
- Loss under Ordinance Or Law Coverage C of this endorsement: $60,000

Step 1:

Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 ÷ $100,000 = .30

Step 2:

Apply that proportion to the Ordinance or Law loss.

$60,000 x .30 = $18,000

In this example, the most we will pay under this endorsement for the Coverage C loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

Note: The same procedure applies to losses under Coverages A and B of this endorsement.

I. The following definition is added:

"Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

© ISO Properties, Inc., 2001

CP 04 05 04 02

POLICY NUMBER: 79557347-07                                    COMMERCIAL
PROPERTY

                                                    Form 10-02-1722 (Ed.11-06)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## LOSS LIMIT OF INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

SCHEDULE

LOSS LIMIT OF INSURANCE: $17,966,786.00

1.  The following is added to Section C. – Limits Of Insurance in the following Coverage Forms:

    BUILDING AND PERSONAL PROPERTY COVERAGE FORM
    CONDOMINIUM ASSOCIATION COVERAGE FORM
    CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
    BUILDERS RISK COVERAGE FORM
    BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
    BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
    EXTRA EXPENSE COVERAGE FORM
    CAUSES OF LOSS – BASIC FORM
    CAUSES OF LOSS – BROAD FORM
    CAUSES OF LOSS – SPECIAL FORM

    Loss Limit Of Insurance

    a.  Subject to the applicable Limits of Insurance shown in the Declarations, the most we will pay:

        (1) At all premises; and

        (2) Under all Coverages, Additional Coverages, Optional Coverages, Coverage Extensions or Additional Coverage Extensions contained in the forms shown above,

        for all loss or damage caused by or resulting from:

        (1) One event; or

        (2) Any series of casualty related events that:

        (a) Contribute concurrently to;

        (b) Contribute in any sequence to; or

        (c) Worsen,

        the loss or damage,

    is the Loss Limit of Insurance shown in the Schedule above.

2.  Under Section E. – Loss Conditions:

    a.  Paragraph 5. Recovered Property of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and the BUILDERS RISK COVERAGE FORM; and

    b.  Paragraph 6. Recovered Property of the CONDOMINIUM ASSOCIATION COVERAGE FORM and the CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

    are deleted and replaced by the following:

    Recovered Property

    If any lost or damaged property is recovered by you, us or any insurer providing excess insurance after a loss payment is made, the party making the recovery must give the other parties prompt notice.

    If any recovered property has a salvage value, we will control the disposition of such salvage.

a. When property is recovered, you may keep the:

(1) Recovered property and return the loss payment to us; or

(2) Loss payment and we will keep the recovered property.

b. When any recovered property which you choose to keep is in need of repair, we will pay for the repair subject to the:

(1) Applicable Limit Of Insurance shown in the Declarations; and

(2) Loss Payment Loss Condition.

c. If any recovered property has a salvage value or if there is any money recovered through subrogation, such recoveries will be applied, net of the expense of such recovery, in the following order:

(1) First, to you for any uninsured loss or damage resulting from an insufficient limit of insurance;

(2) Second, to any insurer providing excess insurance;

(3) Third, to us for any amounts paid in settlement of your claim; and

(4) Fourth, to you for any deductible amount that you paid or penalties you paid as a result of the Coinsurance or Reporting Provisions conditions of this insurance, if applicable.

d. If there are expenses:

(1) In recovering any lost or damaged property; or

(2) As a result of subrogation;

we will share the expense with you and any insurer providing excess insurance in proportion to the amount we are each reimbursed. If there should be no recovery and proceedings are conducted solely by us, we will bear the expenses of the proceedings.

3. Paragraph G. OTHER INSURANCE of the COMMERCIAL PROPERTY CONDITIONS is deleted and replaced by the following:

G. OTHER INSURANCE

1. If you have any other insurance (other than excess insurance as described in subparagraph 2. below) covering the same loss or damage as is insured against by this policy, we will only pay for the amount of loss or damage which is insured against by this policy in excess of the amount due from such other insurance, whether you can collect on such other insurance or not.

2. You may have excess insurance, which is insurance over and above the Limits Of Insurance of this policy, without affecting coverage provided by this policy.

### Insuring Agreement

Chubb Group of Insurance Companies
15 Mountain View Road
Warren, NJ 07059

Named Insured and Mailing Address

Porto Vita Property Owners Association
20105 Northeast 38th Court
Aventura, FL 33180

Policy Number    79557347-07

Effective Date    6/10/2014

Issued by the stock insurance company
Indicated below, herein called the company.

**CHUBB CUSTOM INSURANCE COMPANY**
Incorporated under the laws of New Jersey.

Producer No.   96

Producer     CRC Insurance Services

### Company and Policy Period

Insurance is issued by the company in consideration of payment of the required premium.

This policy is issued for the period 12:01 AM standard time at the Named Insured's mailing address shown above;

From:   6/10/2014         To:   6/10/2015

Your acceptance of this policy terminates, effective with the inception of this policy, any prior policy of the same number issued to you by us.

This Insuring Agreement together with the Premium Summary, Schedule Of Forms, Declarations, Contracts, Endorsements and Common Policy Conditions comprise this policy. If this policy is a renewal, we have only reissued to you those policy documents containing changes from your previous policy period coverages and any new additional coverages or policy provisions. All other policy documents continue in effect.

In Witness Whereof, the company issuing this policy has caused this policy to be signed by its authorized officers, but this policy shall not be valid unless also signed by a duly authorized representative of the company.

CHUBB CUSTOM INSURANCE COMPANY (incorporated under the laws of New Jersey)

President                                          Secretary

Authorized Representative

# ENDORSEMENT

| | | | |
|---|---|---|---|
| Policy Period | 6/10/2014 | To | 6/10/2015 |
| Effective Date | 6/10/2014 | | |
| Policy Number | 79557347-07 | | |
| Insured | Porto Vita Property Owners Association | | |
| Name of Co | Chubb Custom Insurance Company | | |
| Date Issued | 6/13/2014 | | |

**Service Of Suit Conditions**

UNDER CONDITIONS, THE FOLLOWING CONDITION IS ADDED:

In the event we fail to pay any amount claimed to be due under this insurance at your request we will submit to the jurisdiction of a court of competent jurisdiction within the United States of America. Nothing in this condition constitutes or should be understood to constitute a waiver of our rights to commence an action in any court of competent jurisdiction in the United States or to remove an action to a United States District Court or to seek a transfer of a case to another court as permitted by the laws of the United States or of any state in the United States.

Service of process in such suit may be made upon President, Chubb Custom Insurance Company, 15 Mountain View Road, P.O. Box 1615, Warren, NJ 07061-1615, or his/her nominee.

The above named is authorized and directed to accept service of process on our behalf in any such suit and/or upon the request to give you a written undertaking that we will enter a general appearance in the event such a suit shall be instituted.

In accordance with any statute of any state, territory or district of the United States of America, which makes provision therefore, we designate the Superintendent, Commissioner or Director of Insurance, Secretary of State or other officer or officers specified for that purpose in the statute or his or their successor or successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on your behalf or the behalf of any beneficiary arising out of this contract of insurance, and hereby designate President, Chubb Custom Insurance Company or his/her nominee, as the person to whom the said officer is authorized to mail such process or a true copy thereof.

All other terms and conditions remain unchanged.

Authorized Representative

FORM 10-02-1562 (Ed. 02-05)

## THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY.

## COMPLIANCE WITH APPLICABLE TRADE SANCTIONS ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMON POLICY CONDITIONS

The following is added:

**Compliance With Applicable Trade Sanctions**

This insurance does not apply to the extent that trade or economic sanctions or other laws or regulations prohibit us from providing insurance.

POLICY NUMBER: 7B557347-07
PROPERTY

COMMERCIAL

FORM 10-02-1723 (Rev. 11-08)

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## PROTECTIVE SAFEGUARDS – COOKING FIRE SUPPRESSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

### SCHEDULE

| Premises No. | Building No. |
|---|---|
| All | All |

1. The following is added to the COMMERCIAL PROPERTY CONDITIONS:

   As a condition of this insurance:

   a. You are required to maintain at all times a fully operational Underwriters Laboratories, Inc. (UL) 300 compliant fire extinguishing system in operation over all cooking or hazardous process areas and equipment at any building identified in the Schedule.

   b. If you own or lease the system, you must provide for regular maintenance and at least semi-annual inspections by manufacturers' authorized installers, in accordance with all manufacturers' recommendations.

   c. At intervals of not more than 6 months, you will have:

      (1) All flues, vents, hoods and ducts to all cooking appliances examined;

      (2) All grease, dirt and other residue in such appliances chemically removed; and

      (3) Any defects discovered during inspection of such appliances repaired or replaced,

      by independent contractors.

2. The following is added to the EXCLUSIONS section of:

   CAUSES OF LOSS – BASIC FORM

   CAUSES OF LOSS – BROAD FORM

CAUSES OF LOSS – SPECIAL FORM

We will not pay for loss or damage at any building identified in the Schedule caused by or resulting from any of the following causes of loss, if covered under this policy, unless you have complied with the conditions in paragraph 1. above:

a. Fire;

b. Explosion;

c. Smoke; or

d. Sprinkler leakage.

FORM 10-02-1723 (Rev. 11-08)

Page 1 of 1

# MINIMUM EARNED PREMIUM (PERCENTAGE)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART

SCHEDULE

Minimum Earned Premium    25 %

The following is added to the Cancellation Common Policy Condition:

7. In the event of cancellation of this policy by the first Named Insured, the premium we retain will not be less than the premium for the full original period of coverage times the Minimum Earned Premium percentage shown in the Schedule above.

8. Failure to pay premium or a premium installment on or prior to the due date will be considered a request by you for cancellation. The earned premium will be due and payable at that time, less any amounts previously paid.

Form 10-02-1803 (Ed. 5-07)                                    Page 1 of 1

COMMERCIAL PROPERTY
WK 25 86 01 08

Named Insured: Porto Vita Property Owners Association

Policy Effective Date: 6/10/2014
Policy Expiration Date: 6/10/2015

This endorsement effective 6/10/2014 forms a part of Policy No. 78557347-07 issued on behalf of Chubb Custom Insurance Company.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ALUMINUM WIRING EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

We will not pay for loss or damage caused directly or indirectly in any way or to any extent, which arises out of or is related to the presence of aluminum wiring. Such loss or damage is excluded from this policy regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

All other terms and conditions of this policy remain unchanged.

WK 27 23 10 07

Named Insured:  Porto Vita Property Owners Association

Policy Effective Date: 6/10/2014
Policy Expiration Date: 6/10/2015

This endorsement effective 6/10/2014 forms a part of Policy No. 79557347-07
issued on behalf of Chubb Custom Insurance Company,

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## Asbestos Material Exclusion

This endorsement modifies insurance provided under the following

Commercial Property Coverage Part
Commercial Inland Marine Coverage

Notwithstanding any provision in the Policy to which this endorsement is attached, this policy does not insure against loss or expense resulting from:

1.  demolition or increased cost of reconstruction, repair, debris removal or loss of use necessitated by the enforcement of any law or ordinance requiring asbestos material.

2.  any governmental direction or request declaring that asbestos material present in or part of or utilized on any undamaged portion of the insured's property can no longer be used for the purpose for which it was intended or installed and must be removed or modified.

The total amount recoverable for both loss to property and asbestos removal expense under this endorsement shall be a part of and not in addition to the limits stated in the Policy.

All other terms and conditions of this policy remain unchanged.

WK 27 23 10 07

COMMERCIAL PROPERTY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CANCELLATION CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

The following is added to the CANCELLATION Common Policy Condition:

If any one of the following conditions exists at any building that is Covered Property in this policy, we may cancel this Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least 5 days before the effective date of cancellation.

A. The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

1. Seasonal unoccupancy;

2. Buildings in the course of construction, renovation or addition; or

3. Buildings to which the Vacancy Permit endorsement applies.

Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

B. After damage by a covered cause of loss, permanent repairs to the building:

1. Have not started, and

2. Have not been contracted for,

within 30 days of initial payment of loss.

C. The building has:

1. An outstanding order to vacate;

2. An outstanding demolition order;

3. Been declared unsafe by governmental authority.

D. Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

E. Failure to:

1. Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

2. Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

CP 02 99 11 85      Copyright, ISO Commercial Risk Services, Inc., 1984      Page 1 of 1   ☐

# LESSER AND COMPANY, INC.
## Public Insurance Adjusters

300-71st STREET, SUITE 530
MIAMI BEACH, FLORIDA 33141
Telephone (305) 865-4496
Broward (954) 763-5130
Palm Beach (561) 832-0660
FAX (305) 868-5697
www.lesserandcompany.com

Thursday, November 6, 2014

Rob Kelchner
Veri Claim
5979 NW 151st. Street
210
Miami Lakes, FL 33014

RE: PORTO VITA - 20105 NE 38th COURT AVENTURA, FL 33180

Dear Mr. Kelchner:

Enclosed please find properly executed proof of loss in reference to the above captioned claim.

Cordially yours,

LESSER & COMPANY, INC.

Signed for Mr. Lesser
in his absence to avoid
delay in mailing.

Steven J. Lesser
President

SJL/mr

via: Mail and E-mail



Form recommended by the
National Board of Fire Underwriters
June, 1916

# SWORN STATEMENT IN PROOF OF LOSS

$ 11,692,128.00 -
DWELLING
AMOUNT OF POLICY AT TIME OF LOSS

6/10/14
DATE ISSUED

6/10/15
DATE EXPIRES

# LESSER and COMPANY, INC.

PUBLIC INSURANCE ADJUSTERS
GENERAL OFFICE:
300 - 71st st. City National Bank Bldg.
Miami Beach, Florida 33141

79557347-07
POLICY NUMBER

USI INSURANCE
AGENCY AT

CORAL GABLES, FL
AGENT

To the CHUBB INSURANCE COMPANY
of NEW JERSEY

At time of loss, by the above indicated policy of Insurance you Insured PORTO VITA PROPERTY OWNERS ASSOCIATION

against loss by _____ WATER / FLOOD _____ to the property described under Schedule 'A,' according to
the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto.
1. Time and Origin: A_____ WATER / FLOOD _____ loss occurred about the hour of _____ O'clock _____ M.,
                                                    STATE KIND
on the 3 day of AUGUST 20 14 The cause and origin of the said loss were WATER / FLOOD .

2. Occupancy: The building described, or containing the property described, was occupied at the time of the loss as follows,
and for no other purpose whatever; CONDOMINIUM

3. Title and Interest: At the time of the loss the interest of your Insured in the property described therein was SOLE
_____ No other person or persons had any Interest therein or
incumbrance thereon, except PER POLICY

4. Changes: Since the said policy was Issued there has been no assignment thereof, or change of Interest, use, occupancy,
possession, location or exposure of the property described, except NONE KNOWN

5. Total Insurance: The total amount of Insurance upon the property described by this policy was, at the time of the loss,
$ 11,692,128.00 - DWELLING _____ as more particularly specified in the apportionment attached under Schedule 'C,' besides which
there was no policy or other contract of Insurance, written or oral, valid or Invalid.

6. The Actual Cash Value of said property at the time of the loss was ⋯   $   N/A

7. The Whole Loss and Damage was ⋯   $   272,459.43

8. The Amount Claimed under the above numbered policy is   LESS DEDUCTIBLE $5,000.00   $   267,459.43

The Insured hereby subrogates the said Company to all rights and causes of action the said Insured has against any person, persons or corporation
whomsoever for damage arising out of or Incident to covered said loss or damage to said property,

The said loss did not originate by any act, design or procurement on the part of your Insured, or this affiant; nothing has
been done by or with the privity or consent of your Insured or this affiant, to violate the conditions of the policy, or render It void;
no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss, no
property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has
in any manner been made. Any other Information that may be required will be furnished and considered a part of this proof,

The furnishing of this blank or the preparation of proofs by a representative of the above Insurance company Is not a waiver
of any of its rights.

State of FLORIDA
County of MIAMI DADE

_____ Bruno Macarena _____ Insured

Subscribed and sworn to before me this 05 day of NOVEMBER 20 14

_____ Notary Public
Carol Gonzalez

"ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE,
DEFRAUD, OR DECEIVE ANY INSURANCE COMPANY FILES A
STATEMENT OF CLAIM CONTAINING ANY FALSE, INCOMPLETE
OR MISLEADING INFORMATION IS GUILTY OF A FELONY OF
THE THIRD DEGREE. "

CAROL GONZALEZ
MY COMMISSION EXPIRES
December 20, 2015
FF 07533
NOTARY PUBLIC STATE OF FLORIDA



# CHUBB GROUP OF INSURANCE COMPANIES

Claims Service Center
600 Independence Parkway
PO Box 4700, Chesapeake, VA 23327-4700
E-mail: ecsc.property.claims@chubb.com

Phone: (800) 252-4670
Facsimile: (800) 664-5358

September 9, 2014

Porto Vita Property Owners Association
20105 Ne 38th Court
Aventura, FL 33180
Attn: Carol Gonzalez

RE: 
| | |
|---|---|
| Insured: | Porto Vita Property Owners Association |
| Policy: | 79557347-07 |
| Effective Dates: | 6/10/2014 to 6/10/2015 |
| Date of Loss: | 8/3/2014 |
| Type of Loss: | Flood Damage |
| York File: | WKFC-5361A9 |
| Claim Number: | 040514056014 |

Dear Ms. Gonzalez:

York Risk Services Group, Inc. is an authorized Third Party Administrator (TPA) for property claims reported to Chubb Custom Insurance Company.

We have acknowledged receipt of your claim for flood damage as captioned above. The claim has been evaluated within the terms of your insurance coverage, and we must regretfully advise you that there is no coverage this loss.

The cause of this loss was rainwater seeping through French doors of the dining room, bar, and café of your facility by way of the second floor patio deck.

Your property insurance coverage specifically, by endorsement, excludes this type of damage from coverage.

That endorsement is the Water Exclusion Endorsement CP 10 32 08 08, which reads as follows:

"A. The exclusion in Paragraph B. replaces the Water Exclusion in this Coverage Part or Policy.

B. Water
1. Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);
2. Mudslide or mudflow;



PLAINTIFF'S EXHIBIT
4 C 1



# CHUBB GROUP OF INSURANCE COMPANIES

Claims Service Center
500 Independence Parkway
PO Box 4700, Chesapeake, VA 23327-4700
E-mail: ecsc.property.claims@chubb.com

Phone: (800) 252-4670
Facsimile: (800) 664-5358

3. Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;
4. Water under the ground surface pressing on, or flowing or seeping through:
    a. Foundations, walls, floors or paved surfaces;
    b. Basements, whether paved or not; or
    c. Doors, windows or other openings; or

5. Waterborne material carried or otherwise moved by any of the water referred to in Paragraph 1., 3. or 4., or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs 1. through 5., is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs 1. Through 5., results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss)."

For this reason we must respectfully deny your claim.

Chubb Custom Insurance Company's coverage position is based on the information currently available to us. If you have any information that would alter our coverage position concerning this matter, please forward it to us for further evaluation. This letter is not, and should not be construed as, a waiver of any terms, conditions, exclusions or other provisions of the policy, or any other policies of insurance issued by Chubb Custom Insurance Company or any of its affiliates. Chubb Custom Insurance Company expressly reserves all of its rights under the policy, including the right to amend the above reservation of rights to include any additional grounds for disclaimer of coverage, including but not limited to those set forth above, if subsequent information indicates that such action is warranted.

Should you have any questions or wish to discuss this matter further, please do not hesitate to contact me at Daniel Begg at 412-505-2127.

Sincerely,


Melissa Allejos
Property Examiner


cc:
Steve Lesser

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

PORTO VITA PROPERTY OWNERS
ASSOCIATION,

CASE NO.: *15-00405-CA-01*

     Plaintiff,

vs.

CHUBB CUSTOM INSURANCE COMPANY,

     Defendant.       /

## PLAINTIFF'S REQUEST FOR ADMISSIONS TO DEFENDANT

    Plaintiff, PORTO VITA PROPERTY OWNERS ASSOCIATION, requests an admission of the truth of the following matters relevant to the subject matter of the pending action and relating to statements or opinions of fact, or of the application of law to fact, including the genuineness of any documents described herein, by the Defendant, Chubb Custom Insurance Company, in writing, in accordance with Rule 1.370 of the Florida Rules of Civil Procedure.

    Each matter of which an admission is requested shall be set forth separately, and the matter will be admitted unless the party to whom the request is directed serves upon the party requesting the admission a written answer or objection addressed to the matter. If objection is made, the reasons shall be stated and the answer shall specifically deny the fact or set forth, in detail, the reason why the answering party cannot truthfully admit or deny the matter.

1.   At all times material hereto, the Plaintiff, Porto Vita Property Owners Association, were the owners of the subject property located at 20105 NE 38th Court, Aventura, Florida 33180.

2.   Defendant's Policy No. 79557347-07, covered the property located at 20105 NE 38th Court, Aventura, Florida 33180, on or about August 3, 2014.

3.   Plaintiff's insurance coverage with the Defendant on the above-referenced policy was for building and contents and loss of use coverage.

4.   On August 3, 2014, Plaintiff suffered losses due to a water damage to the subject property located at 20105 NE 38th Court, Aventura, Florida 33180.

5.   On August 3, 2014, Plaintiff suffered losses due to a water damage to the subject property located at 20105 NE 38th Court, Aventura, Florida 33180, specifically for dwelling, contents/personal property located therein.

6.   On August 3, 2014, Plaintiff suffered losses due to a water damage to its property located at 20105 NE 38th Court, Aventura, Florida 33180, specifically for loss of use due to the water damage.

7.   The Plaintiff's ensuing water damage was covered by the policy of insurance with the Defendant, Chubb Custom Insurance Company.

8.   The Defendant acknowledged prompt notice of Plaintiff's claim and assigned the loss with Claim Number 040514056014.

9.   The Plaintiff has performed all conditions precedent to recover under the policy and to the bringing of the instant action, or said conditions have been waived by the Defendant.

10.   The Defendant has not paid the Plaintiff for its losses covered under the policy of insurance herein.

11.   Admit that there would be coverage under the terms and conditions of the insurance policy for any ensuing water damage within the interior of the Plaintiffs property.

12.   Admit that none of the exclusion referred to in the insurance company's denial letter dated September 9, 2014 apply to the subject loss.

13.   Admit that the denial letter dated September 9, 2014, outlined the basis of Chubb's denial of the subject claim.

14.   Admit that the cause of this loss was rain water entered through french doors of the dinning room, bar and café of the Plaintiff's facility by way of a second floor patio deck.

15.   Admit that the rain water from the second floor patio deck would not constitute "surface water" under the terms and conditions of the insurance policy.

16.   Admit that the term surface water is not defined with the terms and conditions of the subject insurance policy.

17.   Admit that this is an all risk property insurance policy and it provides coverage for all fortuitous losses

3

unless the insurance policy contains specific provisions expressly excluding the loss from coverage.

18. Admit that Plaintiff's damages where not caused by flood.

19. Admit that the Plaintiff's damages were not caused mudslide or mudflow.

20. Admit that Plaintiff's damages were not caused by water that backs up or overflow or is otherwise discharged from a sewer drains, sump sump pump or related equipment.

21. Admit the damages sustained by the Plaintiff were not from water under the ground, surface pressing on, or flowing or seeping through, foundations, walls, floors or paved surfaces; basements, whether paved or not; or doors, windows or other openings.

22. Admit that the subject policy of insurance does not exclude damage due to the failure of a storm drainage system.

23. Admit that surface water pursuant to the terms and conditions of the insurance policy is "water on the surface of ground".

24. Admit that the Plaintiff's loss was not caused by any of the exclusions raised in the Defendant's Chubb's denial letter dated September 9, 2014.

25. Admit that Chubb's determination was "the cause of this loss was rain water seeping through french doors of the dinning room, bar and café of your facility by way of the second floor patio deck.

4

26.  Admit that the Defendant, Chubb, had a full opportunity to fully investigate the subject loss.

27.  Admit that the Defendant, Chubb, was provided with any and all documentation requested by the Plaintiff relative to the subject claim.

28.  Admit that the Defendant, Chubb, received prompt notice of the subject loss and fully investigated the basis of their denial letter dated September 9, 2014.

29.  Admit that the subject policy of insurance provides coverage for water damage meaning accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

30.  Admit that the definition of water damage in the water exclusion endorsement creates a conflict and/or ambiguity in the subject policy.

31.  Admit that the South Florida Building Code defines the plumbing system to include the water supply distribution pipes, plumbing fixtures, supports and/or pertinent; soil, waste and vent pipes; sanitary drains and building sewers to an approved point of disposal.

32.  Admit that the Defendant received a sworn proof of loss on behalf of the Plaintiff in the amount of $267,459.73.

33.  The Defendant is in breach of the policy of insurance.

34.   Defendant's failure to indemnify the Plaintiff for its losses caused the Plaintiff to retain undersigned counsel to bring this action.

35.   Pursuant to Fla. Statutes § 627.428 and/or 626.9373, Plaintiff's counsel is entitled to attorneys' fees in this matter to be paid by the Defendant for any recovery obtained for Plaintiff.

36.   The Plaintiff's loss was a result of water damage that caused physical damage.

37.   The Defendant, Chubb Custom Insurance Company, has agents in Dade County, and is doing business in soliciting and selling insurance policies in Dade County.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on the Defendant with the Summons and Complaint.

                    MINTZ TRUPPMAN, P.A.
                    Attorneys for Plaintiff
                    1700 Sans Souci Boulevard
                    North Miami, Florida 33181
                    (305) 893-5506 Ext. 208
                    (305) 893-5511 FAX


                    BY: _____
                        KEITH A. TRUPPMAN
                        ktruppman@mintztruppman.com
                        Florida Bar No. 473715

IN THE CIRCUIT COURT OF THE
11ᵀᴴ JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: *15-00405-CA-01*

PORTO VITA PROPERTY OWNERS
ASSOCIATION, a Florida non-profit
corp.,

      Plaintiff,

vs.

CHUBB CUSTOM INSURANCE COMPANY,
a foreign insurance company,

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF SERVING FIRST SET OF INTERROGATORIES

COMES NOW, the Plaintiff, PORTO VITA PROPERTY OWNERS

ASSOCIATION, by and through undersigned counsel, and hereby file

the following Interrogatories directed to Defendant, CHUBB CUSTOM

INSURANCE COMPANY, consisting of 30 in number, to be answered,

under oath and in writing within thirty (30) days from the date

herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the
foregoing was served along with Plaintiffs' Complaint for
Declaratory Relief.

KEITH A. TRUPPMAN, ESQUIRE
Attorneys for Plaintiff
1700 Sans Souci Blvd
North Miami, Florida 33181
(305) 893-5506; Fax (305) 893-5511

By: _____
Keith A. Truppman
ktruppman@mintztruppman.com
FBN: 473715

<u>DEFINITIONS</u>

As used, the following terms shall have the following definition:

A.   PLAINTIFFS: The named Plaintiffs, and if applicable, the wholly owned or partially owned subsidiaries, division, affiliated companies and predecessors in business of any named plaintiff; any shareholders, directors, officers, employees, agents, accountants, nominees, or other persons as defined below who are acting or have acted on behalf of plaintiffs.

B.   DEFENDANT/YOU: The named defendant to whom these Interrogatories are directed; any wholly owned or partially owned subsidiaries, divisions, affiliated companies and predecessors in business of the named defendant; any shareholders, directors, officers, employees, agents, accountants, counsel, representatives, or other persons as defined below who are acting or have acted on behalf of the named defendant.

C.   PERSON: Any individual, firm, partnership, corporation, proprietorship, joint venture, association, and foreign, federal, state, county or municipal governmental body or any department, division or agency thereof, or any other organization or entity.

D.   DOCUMENT, WRITING and RECORD: Without limitation, the original and any and all drafts and copies of any writing of any kind; correspondence, records, tables, chart, drafts, schedules, reports, memoranda, notes, letters, telegrams, messages (including, but not limited to records of telephone conversations and conferences), studies, minutes, other communications), purchase orders, bids, tabulations, questionnaires, surveys, reports contracts leases, memoranda or agreements, assignments, licenses, books of accounts, orders, invoices, statements, bills, checks, vouchers, notebooks, data sheets, photographs, photographic negatives, phono-records, tape records, wire recordings, drawings, catalogues, brochure, accounting records, financial records, all other written or printed matter of any kind or nature, and all other data compilations from which information can be obtained and translated, if necessary.

E.   MEETING: Includes and formal or informal gathering of two or more persons, whether such gathering was prearranged or not.

F.   PRESENT ADDRESS: The county, state or province, city, street or route, street number or route number and apartment building number.

G.   YOU: The named party to whom this Interrogatory Is Directed.

H.   IDENTITY/IDENTIFY: With respect to a person, the term means to give the full name and present address.  With respect to a document, the term means to give the type of document, dates and names of person(s) signing such document.

## INTERROGATORIES TO DEFENDANT

1.    Please state the full name, occupation, present residence and business address of the person answering these interrogatories and anyone who assisted in answering same.

2.    Please state the basis in the insurance policy, in relation to the facts and applicable law, for your failure to pay the entire amount of the claim presented by the insured.

3.    Please describe each document upon which you rely for your failure to pay the claim in this case at the entire amount claimed by the insured, with sufficient particularity to allow their description in a Request for Production.

4.    Please describe all facts and circumstances and insurance policy provisions giving rise to each of your defenses and affirmative defenses in this matter.

5.   Please list the name, address and telephone numbers of all witnesses who have knowledge of the basis for or facts and circumstances giving rise to each of your Affirmative Defenses in this matter, and please describe each document on which you rely for each Affirmative Defense or which is related to same, with sufficient particularity to allow a description in a Request for Production.

6.   Please state with specificity any and all defenses the Defendant asserts to Plaintiff's Complaint, outlining all individuals who will testify in support thereof, listing any and all documents which support each defense and outlining any and all evidence the Defendant has to support said defense.

7.   State the full name, occupation and present residence and business address and phone numbers of any and all persons who conducted or witnessed an inspection or investigation of the claims described in Plaintiff's Complaint.

8.   State the exact section and paragraph number of each and every policy provision of policy of insurance attached to Plaintiff(s)' Complaint as Exhibit "A" which is an exclusion or exception to insurance coverage for the claims described in Plaintiff(s)' Complaint.

9.   Please list all prior claims by Plaintiff to Defendant.

10.   Set forth each and every alleged breach of violation of any term or condition of policy of insurance by the Plaintiffs which would cause said policy to become void and of no force and effect.   In answering this question, set forth the exact section and paragraph number of each and every term or condition of the policy which has been allegedly breached or violated by the Plaintiff.

11.   Please describe the experience, training and educational background of each person who investigated, evaluated, managed and reviewed or otherwise handled Plaintiffs' claim, or rendered any written or oral report regarding the claims.

12.   If Plaintiffs' claims were reviewed by the regional and/or home office, identify each person in that office who reviewed the file, that person's supervisor, all writings or other evidence communication to and from that office regarding the handling of Plaintiffs' claims.

13.   Please list the following:

     A.   All adjusters who adjusted the loss for the insurance company;

     B.   All Supervisors of the adjusters who were responsible for overseeing the claim described in Plaintiff's Complaint;

      C.     All persons responsible for payment or denial of all or part of the claim described in Plaintiff's Complaint;

14.  Please list any reports that have been prepared by the Insurance Company concerning the cause of loss in regard to the claim described in the Plaintiff's Complaint which were relied on in approving or disapproving payment to the Plaintiffs in regard to the claim(s) described in the Plaintiff's Complaint.

15.  Please list any reports or estimates that have been prepared concerning the amount of damage in regard to the claim described in Plaintiff's Complaint.

16.  Please list the names and addresses of any and all persons with whom the Defendant, and/or any of their agents, servants or employees obtained a statement, either oral, recorded or written, and state the date the statement was taken, who was present when said statement was taken, and whether the state was oral, recorded or written and who is in possession of said statement.

17.  Please state the name, professional and home address of each person who may or is expected by you, your attorney or any representative of yours, to testify as an expert witness during trial in this matter.

A.    Please list each expert's profession and occupation and the specialty field in which is alleged an expert.

B.    Please state all qualifications of the subject expert which enables then to render an opinion in this cause.

C.    Please state the subject matter upon which each expert is expected to testify.

D.    Please list any and all opinions the expert has in regard to the subject matter of this litigation outlining each facts determined, the substance of the facts relied upon, summary of grounds of each opinion.

18. Please state whether the expert rendered any report to you with regard to the subject matter of this litigation and if so, sufficiently describe the reports so that the Plaintiff can propound a Request for Production of same.

19. Please list the names and addresses of all persons who are believed or known by you, your agents or attorneys, to have any knowledge concerning any of the issues raised by the pleadings, and specify the subject matter about which the witness has knowledge.

20. Please state whether you, through your agent or otherwise utilized the services of a contractor(s), engineer(s) and/or any other individual/entity to inspect the real and/or personal property which is the subject matter of the instant litigation. If the answer is yes, then please identify the date of inspection or inspections, whether any report(s) was provided to you, and whether any payment was made to the contractor(s)/engineer(s) and or individual/entity, including who tendered payment and the amount of payment.

21.  Please state when you received Plaintiff's sworn proofs of loss relative to the subject claim; if it was rejected, the date the sworn proofs of loss was rejected and the basis for the rejection of same.  Please delineate any and all insurance policy provisions and/or documentation you relied upon relative to the rejection of any or all sworn proofs of loss submitted by the Plaintiff's herein.

22.  Please state with specificity what further information/documentation you assert has not been provided that you allege is necessary to complete your investigation of the subject claim, specifying why said information is relevant and/or material and/or necessary to pay the Plaintiff in whole or part for any of the damages sustained in the subject loss.

23.  Do you deny that the damage to the subject real and/or personal property was caused by a covered peril?  If your answer is yes, then please state what caused the damage to the subject real and/or personal property.  Further, please describe in detail, each and every fact which in any way supports or tends to support the basis for what you state caused such damage (including details regarding witnesses, photographs, documents, dates, times, etc.).  If you do not know what caused the damage to the subject real and/or personal property then please describe in detail, each and every fact which in any way supports or tends to support your contention that the damage was not caused by a covered peril.

24.  Please note whether the subject policy of insurance excluded the loss to the subject real and/or personal property identifying the specific term of the policy you are relying upon.

25. Please state, in detail, the complete detailed factual basis (including witnesses, photographs, documents, dates, times, etc) for the applicability of any exclusions contained in the policy of insurance relative to the loss which is the subject matter of the instant litigation (i.e., each and every fact which supports or tends to support the applicability of such exclusion(s).

26. Did you (and/or any representative/agent on your behalf)perform any inspections of the subject real and/or personal property prior to and/or upon issuance of the subject insurance policy herein. If the answer is yes, then please identify the date, scope and individuals involved in the inspection(s).

27. Please state with specificity any and all actions taken by and/or on behalf of the Defendant relative to their handling of the subject claim commencing from the date of loss (08/03/14).

28. Please provide the names and address of all persons that the Defendant, Chubb relies upon relative to their denial letter dated September 9, 2014.

29. Please state with specificity any and all documentation the Defendant, Chubb is relying upon relative to their denial dated September 9, 2014.

30. Please state whether all endorsements outlined and/or referred to in Plaintiff's insurance policy ("water exclusion endorsement") were approved by the Florida Department of Insurance and/or the Department of Financial Services and outline with specificity when said endorsement were submitted for approval and when the Department of Insurance and/or the Department of Financial Services approved the specific form of endorsement.

STATE OF FLORIDA      )
                      )ss:
COUNTY OF             )

The foregoing instrument was acknowledged before me this _____ _____day of _____,20___, by ___ _____ (personally known to me; or, who has produced _____ as identification)  and who (did; or, did not) take an oath and says that the foregoing Answers to Interrogatories are true and correct to the best of his knowledge and belief, and that he has executed the same for the purposes therein expressed.

_____
NOTARY PUBLIC

Print Name:_____
                   (seal)
My Commission Expires:_____

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 15-00405-CA 01

PORTO VITA PROPERTY OWNERS
ASSOCIATION, a Florida non-profit
corp.,

      Plaintiff,

v.

CHUBB CUSTOM INSURANCE COMPANY,
a foreign insurance company,

      Defendant.

_____/

**REQUEST FOR PRODUCTION TO
DEFENDANT**

     Plaintiff, PORTO VITA PROPERTY OWNERS ASSOCIATION, by and

through undersigned counsel, and pursuant to Rule 1.350, Fla. R.

Civ. P., hereby file Request for Production to the Defendant

herein, in the above styled matter and respectfully request the

Defendant produce for inspection and copying, in the offices of

Mintz, Truppman, P.A., pursuant to the applicable Rules of Civil

Procedure, the following:  See attached.

     I HEREBY CERTIFY that a true and correct copy of the

foregoing instrument was served with the Summons and Complaint

filed herein.

                MINTZ, TRUPPMAN, P.A.
                Attorneys for Plaintiff
                1700 Sans Souci Boulevard
                North Miami, Florida 33181
                (305) 893-5506

                By:_____
                   KEITH A. TRUPPMAN
                   ktruppman@mintztruppma.com
                   Fla. Bar No:  473715

## REQUEST FOR PRODUCTION TO DEFENDANT

1.   A true and correct copy of any and all statements, whether written, oral or recorded, in whatever fashion, taken of the Plaintiff, and/or their agents, servants, employees, etc., in regard to the subject matter of this litigation.

2.   A true and correct copy of any and all statements, whether written, oral or recorded in whatever fashion, taken of all independent witnesses or other persons by the Defendant, Chubb Custom Insurance Company, with regard to the subject matter of this lawsuit.

3.   A list and/or documents showing the names, addresses and telephone numbers of any and all witnesses whose statements have been taken, indicating their full legal name, resident addresses and telephone numbers in regard to the subject matter of this litigation.

4.   Any and all invoices and bills reflecting payments made by the Plaintiff with regard to premiums paid under the subject policy of insurance herein.

5.   A true certified copy of the applicable insurance policy issued to the Plaintiff by the Defendant, including any and all endorsements in effect on the date of this loss.

6.   Any and all memoranda, notes, correspondence and any and all other documents or tangible things which, in any way, show or support to show any communications between the Defendant, and the Defendant's servants and/or employees on the one hand, and the Plaintiff, their agents, servants, employees, and/or attorneys on the other hand concerning the subject matter of this litigation.

7.   Any and all photographs within the possession, custody and control of the Defendant, their agents or employees, concerning the subject matter of this litigation.  As grounds for this paragraph, the Plaintiff would state that they cannot without undue hardship, obtain a substantial equivalent of these photographs.

8.   Any and all documents of whatever nature and kind submitted by the Plaintiff and/or Plaintiffs' agents, employees attorneys, etc., to the Defendant, its' agents, servants, and/or employees in regard to the subject loss.

9.   The entire claim file in this matter, including any table of contents or summaries thereof, excluding documents which encompass the attorney/client privilege and/or work product

doctrine.  [Any and all documents excluded, please list documents with sufficient particularity such that the Court can conduct an in camera inspection of same.]

10.  The entire underwriting file with regard to the subject matter of this litigation.

11.  Any and all internal rules, regulations, memos, guidelines, claim department and technical procedure manuals with regard to the Defendant's policy on the investigation, evaluation and settlement of property damage, casualty and or water damage claims.

12.  Any and all documents of any kind or nature showing the current and last known addresses and telephone numbers of all persons involved with regard to the underwriting and claim handling decision concerning the file which is the subject matter of this litigation.

13.  All correspondence between you and any insurance agent or broker or underwriter related to the insurance involved herein.

14.  Copies of any and all documents by and between the Defendant and its' investigators, insurance adjusters and appraisers relating to the subject matter of the Plaintiffs' complaint which was not prepared in the anticipation of litigation.

15.  Any and all manuals, educational materials and written instructions used for the training of Defendant's adjusters, agents, and/or personnel who are involved in the processing of Plaintiffs' policy and claim.

16.  Any and all expert reports including but not limited to reports regarding cause and origin, estimates for repair and/or replacement, damage to Plaintiffs' building, mold and/or mildew and/or any other subject matter concerning this litigation prepared by any experts who will be utilized a the time of trial on behalf of the Defendant.

17.  A copy, at the Plaintiffs' expense, of any photographs, videotape or film in the possession of the Defendant, its agents, employees or attorneys, which depict the Plaintiffs' building or the scene or area where the alleged incident occurred.

18.  Any and all diagrams or sketches depicting the scene or area where the alleged incident occurred.

19.  Copy of any reports relating to any issue in this lawsuit which have been prepared by experts that you intend to call as witnesses in this cause.

20. Copies of any and all photographs, recordings, charts, graphs, sketches and any other tangible items or documentary evidence which you intend to use during the trial of this cause and which have not been produced in response to any of the preceding paragraphs or Request for Production.

21. A copy of any and all reports by any professional engineer, general contractor, plumber, electrician, or other construction personnel hired by the Defendant to examine and/or evaluate any of the claims asserted by the Plaintiff.

22. Copies of any and all correspondence to the Plaintiff from the Defendant relative to any of the claims asserted by the Plaintiff.

23. Any and all documentation of any kind or nature, including photographs and/or evidence of any kind or nature to support the payment made by the Defendant for the subject loss.

24. A certified copy of the subject insurance policy and any and all endorsements.

25. Any and all recorded statement taken of the insured/Plaintiff, PORTO VITA PROPERTY OWNERS ASSOCIATION.

26. Any and all documentation relied upon by the Defendant, relative to each and every affirmative defense raised by the Defendant relative to coverage as well as the amount of loss.

27. All reports of inspection(s) of the Plaintiff's premises, other structures, or personal property, done any time including prior to insuring same and before and after the losses suffered which are the subject matter of this litigation.

28. Copies of any and all checks from the Defendant to the Plaintiff/Insured for any claims asserted in this lawsuit and/or in payment of the Plaintiff/Insured claims relative to the losses suffered which are the subject matter of this litigation.

29. Any and all documentation of any kind or nature to support your denial or failure to pay the subject claim in the full amount claimed or in any amount beyond payments already issued relative to the losses suffered which are the subject matter of this litigation.

30. Any and all documentation of any kind or nature to support the basis of any partial payment, including but not limited, to inspection reports, experts reports, video

and/or photographic evidence, reports reflecting any type of testing, insurance policy provisions and/or endorsements, etc.

31. The application of insurance signed by the insured.

32. Any and all knowing rejections and/or limitations for coverage or endorsements forwarded and/or signed by the insured (i.e.), law and ordinance, stated value, co-insurance, and/or deductibles.

33. Any and all documentation of any kind or nature whereby the Defendant, insurance carrier requested that the Plaintiff/Insured file a sworn proof of loss with any enclosures relative to the subject loss.

34. Any and all documentation of any kind or nature to support your denial letter dated September 9, 2014 relative to the subject claim.

35. All documentation relied upon by the Defendant, Chubb Custom Insurance Company, relative to the application of the exclusions asserted in their denial letter dated September 9, 2014.

36. Any and all documentation of any kind or nature that the Defendant relies upon relative to the interpretation of the insurance policy exclusionary provision outlined in their denial letter dated September 9, 2014, specifying the witnesses and/or documents relied upon.

37. Any and all inspection reports relating to the inspections that were performed at the Plaintiff's property prior to the issuance of the subject policy of insurance.

38. Any and all documentation of any kind or nature that the Defendant, Chubb relies upon relative to their assertion that the subject loss was caused by flood, surface water, waves (including tidal wave and tsunami); tides water, overflow of any body of water, or spray from any of these all whether or not driven by wind (including storm surge);

39. Any and all documentation of any kind or nature that the Defendant, Chubb relies upon relative to their assertion that the subject loss was caused by mudslide or mudflow;

40. Any and all documentation of any kind or nature that the Defendant, Chubb relies upon relative to their assertion that the subject loss was caused by Water that backs up or overflows or is other-wise discharged from a sewer, drain, sump, sunp pump or related equipment.

41. Any and all documentation of any kind or nature that the Defendant, Chubb relies upon relative to their assertion that the subject loss was caused by Water under the ground surface pressing on, or flowing or seeping through;

       a.  Foundations, walls, floor or paved surfaces;

       b.  Basements, whether paved or not; or;

       c.  Doors, windows or other openings;

42. Any and all documentation of any kind or nature that the Defendant, Chubb relies upon relative to their assertions within the denial letter dated September 9, 2014, ~~assertion~~ that the subject loss was caused by waterborne material carried or otherwise, moved by any of the water referred to in Paragraph 1, 3 or 4., or material carried or otherwise moved by mudslide or mudflow.

43. Any and all documentation or other evidence (photographs, appraisal, inspection) of the condition(s) of Plaintiff's property at the time the Defendant underwrote or agreed to provide insurance coverage on Plaintiff's property.

# MINTZ TRUPPMAN, P.A.

Attorneys At Law

1700 Sans Souci Boulevard
North Miami, Florida 33181

ADRIAN NEIMAN ARKIN
TIMOTHY H. CRUTCHFIELD
MARK J. MINTZ
CHERYL L. RIESS
KEITH A. TRUPPMAN

(305) 893-5506
Fax (305) 893-5511

January 26, 2015

Service of Process Section
Chief Financial Officer of the State of Florida
Process Section, Larson Bldg.
200 E. Gains St.
Tallahassee, FL 32399-0307

RE:   Porto Vita Proeprty Owners Association  v. Chubb Custom Insurance Company
       Case No: 15-00405 CA 01

Dear Gentelmen:

        Enclosed please find a copy of the lawsuit filed against the above insurance company, along with your acceptance fee check in the amount of $15.00.  Also enclosed are one copy of Interrogatories, Request for Admissions and Request for Production to Defendant.

                                Very truly yours,

                                Keith A. Truppman

KAT:mch
Encls.